*E-Filed 8/8/11*

1  Byron Cooper (State Bar No. 166578)
   530 Lytton Avenue, Suite 200
2  Palo Alto, California  94301
   Telephone: (650) 283-4244 Fax: (650) 617-3201
3  Email: bcooper@teklaw.co

4  Stephen D. Susman (*pro hac vice*)
   Max L. Tribble Jr. (*pro hac vice*)
5  Joseph S. Grinstein (*pro hac vice*)
   SUSMAN GODFREY LLP
6  1000 Louisiana, Suite 5100
   Houston, TX 77002
7  Phone: (713) 651-9366 Fax: (713) 654-3354
   Email: SSusman@SusmanGodfrey.com
8  Email: MTribble@SusmanGodfrey.com
   Email: JGrinstein@SusmanGodfrey.com
9
   S. Calvin Capshaw (*pro hac vice*)
10 Elizabeth L. DeRieux (*pro hac vice*)
   CAPSHAW DeRIEUX, LLP
11 114 E. Commerce Ave.
   Gladewater, TX 75647
12 Tel: (903) 236-9800; Fax: (903) 236-8787
   Email: ccapshaw@capshawlaw.com
13 Email: ederieux@capshawlaw.com

14 Attorneys for Plaintiff
   MEDIOSTREAM, INC.
15
                    **UNITED STATES DISTRICT COURT**
16
               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
17
                       **SAN FRANCISCO DIVISION**
18

19
   MEDIOSTREAM, INC.,                    Case No. 3:11-CV-02525  RS
20
                    Plaintiff,           STIPULATION AND [~~PROPOSED~~]
21
            v.                           ORDER DISMISSING CYBERLINK
22
                                         (F.R.C.P. 41(a)(2))
23 MICROSOFT CORP. et. al.,

24                  Defendants.

25

26

27

28

1     Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff MedioStream, Inc.

2 ("MedioStream") and Cyberlink.Com Corporation, ("Cyberlink") hereby stipulate and move for a

3 dismissal without prejudice of the portions of this action between MedioStream and Cyberlink.

4     As grounds for this Stipulated Dismissal, MedioStream and Cyberlink state the following:

5 1.     On November 9, 2007 MedioStream filed a Second Amended Complaint in this action naming

6 Cyberlink as a defendant;

7 2.     On January 9, 2009, MedioStream filed a Fourth Amended Complaint against Cyberlink;

8 3.     Cyberlink has filed Answers and Counterclaims to MedioStream's Fourth Amended

9 Complaint;

10 4.     MedioStream is the only party to have asserted claims against Cyberlink in this action;

11 5.     MedioStream desires to dismiss all of its claims against Cyberlink without prejudice, with each

12 party bearing its own costs, fees and expenses.

13 6.     Cyberlink desires to dismiss all its counterclaims against MedioStream without prejudice, with

14 each party bearing its own costs, fees and expenses.

15 7.     As both parties desire to dismiss their claims against each other without prejudice to refiling

16 such claims, the parties agree to toll any relevant statute of limitations as of the date their claims were

17 filed in the above action.

18     Therefore, MedioStream and Cyberlink respectfully request that the Court dismiss

19 MedioStream's claims against Defendant Cyberlink without prejudice, and dismiss Defendant

20 Cyberlink's counterclaims against MedioStream Inc., without prejudice.

21

22 Dated: July 27, 2011                          Respectfully submitted,

23                                               By: /s/Byron Cooper
                                                  Byron Cooper (State Bar No. 166578)
24                                                530 Lytton Avenue, Suite 200
                                                  Palo Alto, California  94301
25                                                Telephone: (650) 283-4244
                                                  Fax: (650) 617-3201
26                                                Email: bcooper@teklaw.co

27                                                Stephen D. Susman (*pro hac vice*)

28

Max L. Tribble Jr. (*pro hac vice*)
Joseph S. Grinstein (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Phone: (713) 651-9366
Fax: (713) 654-3354
Email: SSusman@SusmanGodfrey.com
Email: MTribble@SusmanGodfrey.com
Email: JGrinstein@SusmanGodfrey.com

Brooke A. M. Taylor (*pro hac vice*)
SUSMAN GODFREY LLP
1201 Third Avenue, Ste. 3800
Seattle, WA 98101
Phone: (206) 373-7383
Fax: (206) 516.3883
Email: BTaylor@SusmanGodfrey.com

S. Calvin Capshaw (*pro hac vice*)
Elizabeth L. DeRieux (*pro hac vice*)
D. Jeffrey Rambin (*pro hac vice*)
CAPSHAW DeRIEUX, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Tel: (903) 236-9800; Fax: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com
Email: jrambin@capshawlaw.com

Attorneys for Plaintiff
MEDIOSTREAM, INC.

/s/ Elaine Y. Chow (with permission)
L. Howard Chen (SBN 257393)
Elaine Y. Chow (SBN 194063)
Holly A. Hogan (SBN 238714)
K&L GATES LLP
4 Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
Email: howard.chen@klgates.com
Email: elaine.chow@klgates.com
Email: holly.hogan@klgates.com

Attorneys for Defendant Cyberlink.com
Corporation.

**[PROPOSED] ORDER**

COMES NOW for consideration Plaintiff MedioStream, Inc. and Cyberlink.Com Corporation's Stipulation for Dismissal, Without Prejudice, of this action as between MedioStream, Inc. and Cyberlink.Com Corporation;

WHEREAS, Plaintiff MedioStream, Inc. desires to dismiss all of its claims against Defendant Cyberlink.Com Corporation without prejudice, with each party bearing its own costs, fees and expenses;

WHEREAS, Defendant Cyberlink.Com Corporation desires to dismiss all its counterclaims against Plaintiff MedioStream, Inc. without prejudice, with each party bearing its own costs, fees and expenses; and

WHEREAS, the Court is of the opinion that the requested dismissals should be GRANTED.

IT IS SO ORDERED, that Plaintiff MedioStream, Inc.'s claims against Cyberlink.Com Corporation are DISMISSED WITHOUT PREJUDICE, with each party bearing its own costs, fees and expenses.

IT IS FURTHER ORDERED, that Defendant Cyberlink.Com Corporation's counterclaims against Plaintiff MedioStream, Inc. are DISMISSED WITHOUT PREJUDICE, with each party bearing its own costs, fees and expenses.

IT IS FURTHER ORDERED, that any relevant statute of limitations regarding the claims of MedioStream, Inc. and regarding the counterclaims of Defendant Cyberlink.Com Corporation be tolled as of the date each of said claims was filed in the above action.

Date:_8/8/11_____

_____
Hon. Richard Seeborg
United States District Judge