*E-Filed 8/25/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIOSTREAM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORP., et al..,<br><br>Defendants. | Case No. 3:11-CV-02525-RS<br><br>[~~PROPOSED~~] **ORDER GRANTING DELL INC.'S UNOPPOSED MOTION TO WITHDRAWAL** |

Defendant Dell Inc. moves the Court to permit Scott F. Partridge to withdrawal as its counsel of record in this case. Having considered the motion, the Court hereby GRANTS the motion.

IT IS SO ORDERED.

Dated: 8/25/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

-1-

Case No. 3:11-CV-02525-RS