*E-Filed 9/2/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MEDIOSTREAM INC,

Plaintiff,

v.

MICROSOFT CORPORATION, et al.,

Defendants.

No. C 11-02525 RS

**CASE MANAGEMENT SCHEDULING ORDER AND ORDER DENYING MOTION TO MODIFY PROTECTIVE ORDER, GRANTING MOTION TO WITHDRAW**

Pursuant to the Federal Rule of Civil Procedure 16, the parties attended a Case Management Conference on September 1, 2011. After considering the Joint Case Management Statement submitted by the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **September 6, 2012 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

2. PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than November 29, 2013.

3. TRIAL DATE. Jury trial shall commence on **February 19, 2013, at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

1  California.

2  4. Except as provided herein, the parties shall not engage in discovery or other litigation
3  activity prior to July 1, 2012. All discovery motions that may have been pending prior to the
4  transfer of this action to this district are hereby denied without prejudice. If it becomes
5  necessary to obtain court relief regarding any of the matters raised in such motions, they must
6  be renoticed after July 1, 2012, and will be referred to a magistrate judge for resolution. The
7  motion of Goodwin Procter, LLP to be relieved as counsel for plaintiff is granted.

8  5. Apple, Inc.'s motion to modify the protective order is denied without prejudice,
9  however, it shall not be required to produce the source code in dispute at any geographical
10 location outside this district. The parties are directed to meet and confer to reach agreement as
11 to where the computers on which the source code has previously been made available will be
12 moved or maintained. In the event the language of the protective order requires modification
13 once such an agreement is reached, the parties may submit an appropriate stipulation.

**IT IS SO ORDERED.**

Dated: 9/1/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE