***E-Filed 3/12/12***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MEDIOSTREAM, INC.,

    Plaintiff,

v.

MICROSOFT CORPORATION, et al.,

    Defendants.
_____/

Case No. C 11-2525 RS

**ORDER VACATING HEARING ON MOTION RE PLACEMENT OF APPLE SOURCE CODE**

The parties' briefing regarding their dispute as to where the Apple source code should be maintained reveals that there is still a possibility they can reach a mutually-agreeable resolution. Accordingly, the hearing set for March 22, 2012 is vacated. The parties shall engage in further meet and confer negotiations, focusing on reaching a solution that serves the legitimate needs and concerns of both sides, putting aside any extraneous issues or rancor that may have arisen between them in the past. If the parties are unable to resolve the issue by April 13, 2012, they shall file a joint letter brief, not to exceed 5 pages, advising the Court of that fact. The letter brief may include any *new* information or developments that either side may wish the Court to consider, but shall not re-argue or merely attempt to rebut any assertions made in the existing briefing. The matter will then

be taken under submission without oral argument. If the parties resolve the issue, they may file an appropriate stipulation at any time prior to April 13, 2012.

IT IS SO ORDERED.

Dated: 3/12/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE