Byron Cooper (State Bar No. 166578)
530 Lytton Avenue, Suite 200
Palo Alto, California 94301
Telephone: (650) 283-4244 Fax: (650) 617-3201
Email: bcooper@teklaw.co

Stephen D. Susman (*pro hac vice*)
Max L. Tribble Jr. (*pro hac vice*)
Joseph S. Grinstein (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Phone: (713) 651-9366 Fax: (713) 654-3354
Email: SSusman@SusmanGodfrey.com
Email: MTribble@SusmanGodfrey.com
Email: JGrinstein@SusmanGodfrey.com

S. Calvin Capshaw (*pro hac vice*)
Elizabeth L. DeRieux (*pro hac vice*)
CAPSHAW DeRIEUX, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Tel: (903) 236-9800; Fax: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Attorneys for Plaintiff
MEDIOSTREAM, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIOSTREAM, INC., | Case No. 3:11-CV-02525 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] |
| v. | ORDER REGARDING SOURCE CODE |
| MICROSOFT CORP. et. al., | |
| Defendants. | |

1      Plaintiff MedioStream, Inc. and Defendant Apple Inc. hereby stipulate and agree:

2      Whereas MedioStream and Apple had a dispute about the location of source code to be made

3   available in this case;

4      Whereas Apple filed a Motion for Court Order Regarding Placement of Apple Source Code

5   (ECF No. 682); MedioStream opposed this Motion (ECF No. 686); and Apple filed a reply in support

6   thereof (ECF No. 694);

7      Whereas the Court ordered MedioStream and Apple to meet and confer further in an effort to

8   resolve the dispute (ECF No. 695); and

9      Whereas MedioStream and Apple did meet and confer and have reached an agreement as to

10   the location of software to be made available in this case;

11      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

12   undersigned counsel for MedioStream and Apple, subject to the approval of this Honorable Court, that

13   Apple's motion has been mooted by the parties' agreement and that Paragraph 5 of the Court's Case

14   Management Scheduling Order and Order Denying Motion to Modify Protective Order, Granting

15   Motion to Withdraw (ECF No. 676) should be vacated.  MedioStream and Apple hereby respectfully

16   request that the Court enter the attached proposed order.

17

18   Dated:  March 30, 2012                          Respectfully submitted,

19                                                By:  /s/Byron Cooper
                                                      _____
20                                                   Byron Cooper (State Bar No. 166578)
                                                     530 Lytton Avenue, Suite 200
21                                                   Palo Alto, California  94301
                                                     Telephone: (650) 283-4244
22                                                   Fax: (650) 617-3201
                                                     Email: bcooper@teklaw.co
23
                                                     Stephen D. Susman (*pro hac vice*)
24                                                   Max L. Tribble Jr. (*pro hac vice*)
                                                     Joseph S. Grinstein (*pro hac vice*)
25                                                   SUSMAN GODFREY LLP
                                                     1000 Louisiana, Suite 5100
26                                                   Houston, TX 77002
                                                     Phone: (713) 651-9366
27                                                   Fax: (713) 654-3354
28

STIPULATION AND [PROPOSED] ORDER
REGARDING SOURCE CODE                - 2 -          Case No. 3:11-CV-02525 RS

1      Email: SSusman@SusmanGodfrey.com
       Email: MTribble@SusmanGodfrey.com
2      Email: JGrinstein@SusmanGodfrey.com

3
       Brooke A. M. Taylor (*pro hac vice*)
4      SUSMAN GODFREY LLP
       1201 Third Avenue, Ste. 3800
5      Seattle, WA 98101
       Phone: (206) 373-7383
6      Fax: (206) 516.3883
       Email: BTaylor@SusmanGodfrey.com
7

8      S. Calvin Capshaw (*pro hac vice*)
       Elizabeth L. DeRieux (*pro hac vice*)
9      D. Jeffrey Rambin (*pro hac vice*)
       CAPSHAW DeRIEUX, LLP
10     114 E. Commerce Ave.
       Gladewater, TX 75647
11     Tel: (903) 236-9800; Fax: (903) 236-8787
       Email: ccapshaw@capshawlaw.com
12     Email: ederieux@capshawlaw.com
       Email: jrambin@capshawlaw.com
13

14     Attorneys for Plaintiff
       MEDIOSTREAM, INC.
15

16     /s/ Mark C. Scarsi (with permission)
       Mark C. Scarsi (Bar No. 183926)
17     Chris L. Holm (Bar No. 249388)
       Hannah Cannom (Bar No. 245635)
18     Caitlin K. Hawks (Bar No. 260417)
       MILBANK, TWEED, HADLEY &
19     MCCLOY LLP
       601 South Figueroa Street, 30th Floor
20     Los Angeles, CA 90017
       Telephone: (213) 892-4000
21     Facsimile: (213) 629-5063
       Email: mscarsi@milbank.com
22     Email: cholm@milbank.com
       Email: hcannom@milbank.com
23     Email: chawks@milbank.com

24
25     Attorneys for Defendant
       APPLE INC.
26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING SOURCE CODE                 - 3 -            Case No. 3:11-CV-02525 RS

1

**[PROPOSED] ORDER**

2          After considering the Stipulation filed by MedioStream, Inc. and Apple Inc. and good cause

3    appearing, IT IS HEREBY ORDERED, that upon the representation of MedioStream and Apple that

4    they have resolved the underlying dispute, the Court hereby vacates Apple's Motion for Court Order

5    Regarding Placement of Apple Source Code (ECF No. 682) and Paragraph 5 of the Court's Case

6    Management Scheduling Order and Order Denying Motion to Modify Protective Order, Granting

7    Motion to Withdraw (ECF No. 676).

8          **IT IS SO ORDERED.**

9

10   Date:_ 4/2/12 _____

11                                                          Hon. Richard Seeborg
                                                           United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING SOURCE CODE                    - 4 -              Case No. 3:11-CV-02525 RS