Stephen D. Susman (*pro hac vice*)
SSusman@SusmanGodfrey.com
Joseph S. Grinstein (*pro hac vice*)
JGrinste@SusmanGodfrey.com
Max L. Tribble Jr. (*pro hac vice*)
MTribble@SusmanGodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
P: (713) 651-9366

Brooke Taylor (*pro hac vice*)
BTaylor@SusmanGodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
P: (206) 516-3880

Byron Cooper (State Bar No. 166578)
bcooper@teklaw.co
530 Lytton Avenue, Suite 200
Palo Alto, California 94301
T: (650) 283-4244

S. Calvin Capshaw (*pro hac vice*)
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux (*pro hac vice*)
ederieux@capshawlaw.com
CAPSHAW DeRIEUX, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
T: (903) 236-9800

Attorneys for MedioStream, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEDIOSTREAM, INC., | Case No. 3:11-cv-02525-RS |
| Plaintiff(s), | JOINT STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR CONTINUANCE |
| v. | |
| MICROSOFT CORPORATION, *et al*, | |
| Defendant(s). | |

1

The parties, through undersigned counsel of record, hereby jointly stipulate for an extension until May 23, 2012, for MedioStream's opposition to Defendants' motion for a six-month continuance of the case schedule. Docket 698. Counsel for MedioStream, Inc. will be traveling and unable to respond by May 9, 2012, the date dictated by the local rules. This two-week extension will not impact the hearing date as Defendants noted the motion for June 21, 2012, or any other deadlines in the case.

Dated:  May 2, 2012                                    SUSMAN GODFREY L.L.P.


By: /s/ Brooke A.M. Taylor
   Stephen D. Susman (admitted *pro hac vice*)
   SSusman@SusmanGodfrey.com
   Joseph S. Grinstein (admitted *pro hac vice*)
   JGrinste@SusmanGodfrey.com
   Max L. Tribble Jr. (admitted *pro hac vice*)
   MTribble@SusmanGodfrey.com
   **SUSMAN GODFREY LLP**
   1000 Louisiana, Suite 5100
   Houston, TX 77002
   P: (713) 651-9366

   Brooke A.M. Taylor (admitted *pro hac vice*)
   BTaylor@SusmanGodfrey.com
   **SUSMAN GODFREY LLP**
   1201 Third Avenue, Suite 3800
   Seattle, Washington 98101-3000
   P: (206) 516-3880

   Byron Cooper (State Bar No. 166578)
   bcooper@teklaw.co
   530 Lytton Avenue, Suite 200
   Palo Alto, California 94301
   T: (650) 283-4244

   S. Calvin Capshaw (*pro hac vice*)
   ccapshaw@capshawlaw.com
   Elizabeth L. DeRieux (*pro hac vice*)
   ederieux@capshawlaw.com
   **CAPSHAW DERIEUX, LLP**
   114 E. Commerce Ave.

2

Gladewater, TX 75647
T: (903) 236-9800

*Attorneys for Plaintiff MedioStream, Inc.*

By:/s/ Elaine Y. Chow (*with permission*)
L. Howard Chen (SBN 257393)
howard.chen@klgates.com
Elaine Y. Chow (SBN 194063)
elaine.chow@klgates.com
Holly A. Hogan (SBN 238714)
holly.hogan@klgates.com
K&L Gates LLP
4 Embarcadero Center
San Francisco, CA 94111
T: (415) 882-8200

*Attorneys for ACER America Corporation and
  Gateway, Inc.*

By:  /s/ Mark C. Scarsi (*with permission*)
Mark C. Scarsi
mscarsi@milbank.com
Chris L. Holm
cholm@milbank.com
Hannah L. Cannom
hcannom@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
601 S. Figueroa St., 30th Fl.
Los Angeles, California 90017
T:  (213) 892-4000

*Attorneys for APPLE INC.*

By: /s/ Joshua M. Masur (*with permission*)
Karen I. Boyd (Cal. S.B. No. 189808)
boyd@turnerboyd.com
Joshua M. Masur (Cal. S.B. No. 203510)
masur@turnerboyd.com
TURNER BOYD LLP
2570 W. El Camino Real, Suite 380
Mountain View, CA 94040
T:  (650) 521-5930

3

1   *Attorneys for ASUS Computer International*

2

3   By: /s/ Joshua Parker (*with permission*)
        Joshua Parker (SBN 264109)
4       josh.parker@bakerbotts.com
        **BAKER BOTTS – PALO ALTO**.
5       620 Hansen Way
        Palo Alto, CA 94304
6       T:  (650) 739-7500

7

8       Roger Fulghum (admitted *pro hac vice*)
        roger.fulghum@bakerbotts.com
9       **BAKER BOTTS – HOUSTON**
        910 Louisiana St.
10      Houston, TX 77002-4995
        T:  (713) 229-1707
11

12  *Attorneys for Dell, Inc.*

13

14  By: /s/ Scott Schrader (*with permission*)
        George Pappas
15      gpappas@cov.com
        Brian Bieluch
16      bbieluch@cov.com
        Ranganath Sudarshan
17      rsudarshan@cov.com
        William Zapf
18      wzapf@cov.com
19      **COVINGTON & BURLING LLP**
        1201 Pennsylvania Ave., NW
20      Washington, DC 20004
        T:  (202) 662-6000
21

22      Scott Schrader
        sschrader@cov.com
23      Robert Williams
        rwilliams@cov.com
24      **COVINGTON & BURLING LLP**
        One Front Street, Suite 3500
25      San Francisco, CA 94111-5356
        T:  (415) 591-6000
26

27      Christina Olson
        colson@cov.com
28

4

1

**COVINGTON & BURLING LLP**
620 Eighth Avenue

2
New York, NY 10018
T:  (212) 841-1000

3

4
*Attorneys for Microsoft Corporation*

5

By: /s/ Michelle Carniaux (*with permission*)

6
Lewis Popovski
lpopovski@kenyon.com

7
Michelle Carniaux

8
mcarniaux@kenyon.com
Zaed Billah

9
zbillah@kenyon.com
**KENYON & KENYON**

10
One Broadway
New York, NY 10004

11
T:  (212) 425-7200

12

13
Megan Olesek
molesek@kenyon.com

14
**KENYON & KENYON LLP**
1801 Page Mill Road, Suite 210

15
Palo Alto, CA 94304-1216

16
T:  650-384-4700

17
*Attorneys for Sony Corporation and Sony Electronics*
*Inc.*

18

19
By: /s/ Roderick Thompson (*with permission*)

20
Roderick Thompson
rthompson@fbm.com

21
Matthew Hollander

22
mhollander@fbm.com
Christina Hollander

23
chollander@fbm.com
**FARELLA BRAUN & MARTEL LLP**

24
235 Montgomery Street, 17th Floor

25
San Francisco, California 94104
T:  (415)-954-4400

26

27
*Attorneys for Sonic Solutions LLC*

28

5

1

## SIGNATURE ATTESTATION

2

      Pursuant to General Order 45, section X.B., I attest that I have obtained consent to file for

3

all signatures indicated by the mark "/s/" within this electronically filed document.

4

5

6

                    /s/ Brooke A.M. Taylor

                    Brooke A. M. Taylor

7

                    Counsel for Plaintiff MedioStream

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

PURSUANT TO THE STIPULATION,

IT IS SO ORDERED this _3rd_ day of __May_____, 2012.

_____
Hon. Richard Seeborg
United States District Judge

7