IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIOSTREAM, INC., | Case No. C 11-2525 RS |
| Plaintiff, | |
| v. | **ORDER OF REFERENCE TO MAGISTRATE JUDGE** |
| MICROSOFT CORPORATION, et al., | |
| Defendants. | |

Pursuant to Northern District Local Rule 72-1, the Court HEREBY REFERS Microsoft's motion for leave to seek reconsideration (Dkt. No. 726), defendants' motion for leave to serve amended invalidity contentions (Dkt. No. 727), and any further disputes regarding infringement or invalidity contentions, or other discovery disputes in this matter to a randomly assigned Magistrate Judge for resolution. Unless directed otherwise by the Magistrate Judge, moving parties shall re-notice the motions for hearing before the Magistrate Judge pursuant to the local rules and any standing orders or procedures of the Magistrate Judge upon assignment.

IT IS SO ORDERED.

Dated: 7/9/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE