1 | M. CRAIG TYLER, *Pro Hac Vice*
    ctyler@wsgr.com
2 | BRIAN A. DIETZEL, *Pro Hac Vice*
    bdietzel@wsgr.com
3 | WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
4 | 900 South Capital of Texas Highway
    Las Cimas IV, Fifth Floor
5 | Austin, Texas 78746-5546
    Telephone: (512) 338.5400
6 | Facsimile: (512) 338.5499

7 | JAMES C. YOON, State Bar No. 177155
    jyoon@wsgr.com
8 | WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
9 | 650 Page Mill Road
    Palo Alto, California 94304-1050
10 | Telephone: (650) 493-9300
     Facsimile: (650) 565-5100

Attorneys for Defendants
NERO AG AND NERO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MEDIOSTREAM, INC., | ) Case No.: 3:11-CV-02525-RS-JCS |
|---|---|
| Plaintiff, | ) |
| v. | ) **[PROPOSED] ORDER SEALING DEFENDANTS' JOINT MOTION TO SEEK LEAVE TO AMEND INVALIDITY CONTENTIONS REGARDING NERO PRIOR ART** |
| MICROSOFT CORPORATION, et al., | ) |
| Defendants. | ) |
| | ) Hearing Date: August 31, 2012 |
| | ) Time: 9:30 a.m. |
| | ) Courtroom: San Francisco Courthouse Courtroom G – 15th Floor |

1  Having considered Apple Inc.'s Unopposed Administrative Motion to file Documents
2  Under Seal, and the L.R. 79-5(d) Declaration of Brian A. Dietzel on Behalf of Nero AG and
3  Nero, Inc. in support thereof, and for

4  GOOD CAUSE HAVING BEEN SHOWN, including a demonstration as required under
5  Civil L.R. 79-5(d) that the "Defendants' Joint Motion to Seek Leave to Amend Invalidity
6  Contentions" ("Motion to Amend") includes sealable information in accordance with Civil L.R.
7  79-5,

8  IT IS HEREBY ORDERED THAT the unredacted copy of the Motion to Amend shall be
9  kept under seal, and the redacted version of such Motion to Amend omitting said sealable
10  information shall remain in the public record at docket entry #730 as filed.

12  DATED: 7/18/12

14  _____
15  Hon. Joseph
    U.S. Magistrate



[PROPOSED] ORDER
Case No. 3:11-CV-02525-RS-JCS