Stephen D. Susman (Admitted *pro hac vice* 7/8/11)
SSusman@SusmanGodfrey.com
Joseph S. Grinstein (Admitted *pro hac vice* 7/8/11)
JGrinstein@SusmanGodfrey.com
Max L. Tribble Jr. (Admitted *pro hac vice* 7/8/11)
MTribble@SusmanGodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX  77002
Phone: (713) 651-9366
Fax: (713) 654-6666

Brooke Taylor (Admitted *pro hac vice* 7/8/11)
BTaylor@SusmanGodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA  98101-3000
Phone: (206) 516-3880
Fax: (206) 516-3883

Attorneys for MedioStream, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIOSTREAM, INC.,<br><br>                              Plaintiff,<br>vs.<br><br>MICROSOFT CORPORATION, et al.,<br><br>                              Defendants. | Case No. 3:11-cv-02525-RS-JCS<br><br>JOINT STIPULATION REQUESTING EXTENSION OF TIME TO RESPOND AND REPLY TO APPLE'S MOTION TO SEVER |
| MEDIOSTREAM, INC.,<br><br>                              Plaintiff,<br>vs.<br><br>ACER AMERICA CORP., et al.,<br><br>                              Defendants. | |

1

**<u>STIPULATION</u>**

WHEREAS, defendant Apple Inc. filed its Motion to Sever on July 5, 2012 (Dkt. No. 725),

WHEREAS, the current deadline for plaintiff MedioStream, Inc. ("MedioStream") to respond with an opposition to Apple's Motion to Sever is July 19, 2012;

WHEREAS, MedioStream seeks additional time to respond and Apple does not oppose these requests;

WHEREAS, the current date for the Hon. Richard Seeborg to hear Apple's Motion to Sever is August 9, 2012;

WHEREAS, granting the extensions of time below will have no impact on any other deadlines in this action;

NOW THEREFORE, it is stipulated by and between MedioStream and Apple that:

1.    MedioStream shall have until July 26, 2012, to respond with an opposition to Apple's Motion to Sever, and the defendants other than Apple shall also have until July 26, 2012 to submit any responses to Apple's Motion to Sever;

2.    If defendants other than Apple file pleadings pursuant to Paragraph 1 above, MedioStream shall have until August 2, 2012, to respond to those pleadings. Apple shall have until August 9, 2012, to respond with a reply to its Motion to Sever.

3.    Apple will file a notice pursuant to Civ. L. R. 7-7(a) continuing the original hearing date on its Motion to Sever to August 23, 2012, at 1:30 p.m.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Dated: July 18, 2012                SUSMAN GODFREY L.L.P.

By: /s/ *Brooke A.M. Taylor*
      Stephen D. Susman (admitted *pro hac vice*)
      SSusman@SusmanGodfrey.com
      Joseph S. Grinstein (admitted *pro hac vice*)
      JGrinstein@SusmanGodfrey.com
      Max L. Tribble Jr. (admitted *pro hac vice*)
      MTribble@SusmanGodfrey.com

2

1

**SUSMAN GODFREY LLP**
1000 Louisiana, Suite 5100

2

Houston, TX 77002
P: (713) 651-9366

3

4

Brooke A.M. Taylor (admitted *pro hac vice*)
BTaylor@SusmanGodfrey.com

5

**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800

6

Seattle, Washington 98101-3000
P: (206) 516-3880

7

8

Byron Cooper (State Bar No. 166578)
bcooper@teklaw.co

9

530 Lytton Avenue, Suite 200
Palo Alto, California 94301

10

T: (650) 283-4244

11

S. Calvin Capshaw (*pro hac vice*)
ccapshaw@capshawlaw.com

12

Elizabeth L. DeRieux (*pro hac vice*)
ederieux@capshawlaw.com

13

**CAPSHAW DERIEUX, LLP**

14

114 E. Commerce Ave.
Gladewater, TX 75647

15

T: (903) 236-9800

16

*Attorneys for Plaintiff MedioStream, Inc.*

17

18

19

By: /s/ *Mark C. Scarsi* (*with permission*)

20

Mark C. Scarsi (SBN 183926)
mscarsi@milbank.com

21

Chris L. Holm
cholm@milbank.com

22

Hannah L. Cannom
hcannom@milbank.com

23

MILBANK, TWEED, HADLEY & MCCLOY LLP

24

601 S. Figueroa St., 30th Fl.
Los Angeles, California 90017

25

T:  (213) 892-4000

26

*Attorneys for APPLE INC.*

27

28

3

JOINT STIPULATION REQUESTING
EXTENSION OF TIME TO RESPOND
Case No. 3:11-cv-02525-RS-JCS
2337207v1/012330

1

2

3

## ATTESTATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of

perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  July 18, 2012                                By: /s/ *Brooke A.M. Taylor* _____

4

JOINT STIPULATION REQUESTING
EXTENSION OF TIME TO RESPOND
Case No. 3:11-cv-02525-RS-JCS
2337207v1/012330

1

2

## **ORDER**

3

       PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5

6    Dated:  __7/18_____, 2012           _____

7                                          The Honorable Richard Seeborg
                                           United States Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    5

---

1

## **CERTIFICATE OF SERVICE**

2

   I hereby certify that on this 18th day of July, 2012, a true and correct copy of the

3

foregoing document was served on all parties via CM/ECF.

4

5

                                   /s/ Brooke A.M. Taylor
                                   Brooke A.M. Taylor

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            6

1

**SERVICE LIST**

| | |
|---|---|
| Howard Chen, Elaine Chow, Timothy P. Walker, Holly Anne Hogan, Ramiz Rafeedie<br>**K&L Gates LLP**<br>4 Embarcadero Center, Suite 1200<br>San Francisco CA 94111<br>Email: howard.chen@klgates.com<br>Email: elaine.chow@klgates.com<br>Email: timothy.walker@klgates.com<br>Email: holly.hogan@klgates.com<br>Email: ramiz.rafeedie@klgates.com<br><br>Danny S. Ashby<br>**K&L Gates LLP**<br>1717 Main Street, Suite 2800, Dallas, TX 75201<br>Email: danny.ashby@klgates.com<br><br>***Counsel for Acer America Corp., Gateway, Inc., and CyberLink.com Corporation*** | Scott Partridge, Roger Fulghum<br>Christopher Ponder<br>**Baker Botts L.L.P**.<br>One Shell Plaza, 910 Louisiana<br>Houston, TX 77002<br>Email: scott.partridge@bakerbotts.com<br>Email: roger.fulghum@bakerbotts.com<br>Email: chris.ponder@bakerbotts.com<br>Joshua Parker<br><br>**Baker Botts LLP**<br>620 Hansen Way, Palo Alto, CA 94304-1014<br>Email: josh.parker@bakerbotts.com<br><br>***Counsel for Dell Inc.*** |
| Karen I. Boyd<br>Joshua M. Masur<br>**Turner Boyd LLP**<br>2570 W. El Camino Real, Suite 380<br>Mountain View, CA 94040<br>Email: boyd@turnerboyd.com<br>Email: masur@turnerboyd.com<br><br>***Counsel for ASUS Computer International, Inc.*** | Steve T. Tsai<br>**Law Offices of Steve Tsai, ALC**<br>27 Mauchly, St. 212<br>Irvine, CA 92618<br>Email: stsai@lawyer4biz.com<br><br>***Counsel for Acer America Corp.*** |
| Colin F. Campbell<br>**Osborn Maledon PA**<br>2929 N. Central, Suite 2100<br>Phoenix, AZ 85012-2793<br>Email: ccampbell@omlaw.com<br><br>***Counsel for Nero, Inc.*** | Ahren Christian Hsu-Hoffman<br>Email: ahoffman@morganlewis.com<br>Michael John Lyons<br>Email: mlyons@morganlewis.com<br><br>***Counsel for Hewlett-Packard Company*** |
| M. Craig Tyler, Brian A. Dietzel,<br>Henning Schmidt<br>**Wilson Sonsini Goodrich & Rosati**<br>900 South Capital of Texas Highway<br>Las Cimas IV, Fifth Floor<br>Austin, TX 78746-5546<br>Email: ctyler@wsgr.com<br>Email: bdietzel@wsgr.com<br>Email: hschmidt@wsgr.com<br>Michael A. Ladra, Monica Mucchetti Eno<br><br>**Wilson Sonsini Goodrich & Rosati**<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Email: mladra@wsgr.com<br>Email: meno@wsgr.com<br><br>***Counsel for ASUS Computer International,*** | Otis Carroll<br>Deborah Race<br>**Ireland, Carroll & Kelly, PC**<br>6101 S. Broadway, Suite 500<br>Tyler, TX 75703<br>Email: fedserv@icklaw.com<br>Email: drace@icklaw.com<br><br>Roderick M. Thompson<br>Andrew Leibnitz<br>Christina Hollander<br>Matthew Hollander<br>**Farella Braun + Martel LLP**<br>235 Montgomery Street, 18th Floor<br>San Francisco, CA 94104<br>Email: rthompson@fbm.com<br>Email: ALeibnitz@fbm.com<br>Email: Sonic@fbm.com |

7

JOINT STIPULATION REQUESTING
EXTENSION OF TIME TO RESPOND
Case No. 3:11-cv-02525-RS-JCS
2337207v1/012330

| | | |
|---|---|---|
| 1 | *Inc., Nero, Inc., and Nero AG* | Email: chollander@fbm.com<br>Email: mhollander@fbm.com |
| 2 | | *Counsel for Sonic Solutions* |
| 3 | Melvin R. Wilcox, III | Mark C. Scarsi, Christopher L. Holm, |
| | **Yarbrough & Wilcox, PLLC** | Hannah Cannom, Caitlan Hawks |
| 4 | 100 E. Ferguson St., Suite 1015 | **Milbank, Tweed, Hadley & McCloy LLP** |
| | Tyler, TX 75702 | 601 South Figueroa Street, 30th Floor |
| 5 | Email: mrw@yw-lawfirm.com | Los Angeles, CA 90017 |
| | | Email: cholm@milbank.com, |
| 6 | Zaed M. Billah | Email: mscarsi@milbank.com |
| | Michelle Carniaux | Email: hcannom@milbank.com |
| 7 | Lewis V. Popovski | Email: chawks@milbank.com |
| | Thomas R. Makin | |
| 8 | **Kenyon & Kenyon LLP** | *Counsel for Apple Inc.* |
| | One Broadway | |
| 9 | New York, NY 10004-1007 | |
| | Email: zbillah@kenyon.com | |
| 10 | Email: mcarniaux@kenyon.com | |
| | Email: lpopovski@kenyon.com | |
| 11 | Email: tmakin@kenyon.com | |
| | Email: molesek@kenyon.com | |
| 12 | | |
| | *Counsel for Sony Electronics Inc. and Sony* | |
| 13 | *Corporation* | |
| | Melissa R. Smith, **Gillam & Smith, LLP** | Heidi M. Gutierrez, **Covington & Burling LLP** |
| 14 | 303 South Washington Ave., Marshall, TX 75670 | 9191 Towne Centre Drive, 6th Floor |
| | Email: melissa@gillamsmithlaw.com | San Diego, CA 92122 |
| 15 | | Email: hgutierrez@cov.com |
| | Scott A. Schrader, Robert J. Williams | |
| 16 | **Covington & Burling LLP** | Ramtin Taheri, **Covington & Burling LLP** |
| | One Front Street | 620 8th Avenue, New York, NY 10012 |
| 17 | San Francisco, CA 94111-5356 | Tel: 212-841-1114; Fax: 646-441-9114 |
| | Email: sschrader@cov.com, | Email: rtaheri@cov.com |
| 18 | Email: rwilliams@cov.com | |
| | | *Counsel for Microsoft Corporation* |
| 19 | George F. Pappas, Christina Olson, William Zapf, | |
| | Richard Rainey, Ranganath Sudarshan, B. Bieluch | |
| 20 | **Covington & Burling LLP** | |
| | 1201 Pennsylvania Avenue, NW | |
| 21 | Washington, DC 20004-2401 | |
| | Email: gpappas@cov.com, Email: colson@cov.com, | |
| 22 | Email: rrainey@cov.com, Email: wzapf@cov.com, | |
| | Email: rsudarshan@cov.com; | |
| 23 | Email: bbieluch@cov.com | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | 8 | |