Stephen D. Susman (Admitted *pro hac vice* 7/8/11)
SSusman@SusmanGodfrey.com
Joseph S. Grinstein (Admitted *pro hac vice* 7/8/11)
JGrinstein@SusmanGodfrey.com
Max L. Tribble Jr. (Admitted *pro hac vice* 7/8/11)
MTribble@SusmanGodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX  77002
Phone: (713) 651-9366
Fax: (713) 654-6666

Brooke Taylor (Admitted *pro hac vice* 7/8/11)
BTaylor@SusmanGodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA  98101-3000
Phone: (206) 516-3880
Fax: (206) 516-3883

Attorneys for MedioStream, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIOSTREAM, INC.,<br><br>  Plaintiff,<br>vs.<br><br>MICROSOFT CORPORATION, et al.,<br><br>  Defendants. | Case No. 3:11-cv-02525-RS-JCS<br><br>JOINT STIPULATION REQUESTING EXTENSION OF TIME TO RESPOND AND REPLY TO SONY'S MOTION FOR SUMMARY JUDGMENT |
| MEDIOSTREAM, INC.,<br><br>  Plaintiff,<br>vs.<br><br>ACER AMERICA CORP., et al.,<br><br>  Defendants. | |

1

---

JOINT STIPULATION REQUESTING
EXTENSION OF TIME TO RESPOND
Case No. 3:11-cv-02525-RS-JCS
2345118v1/012330

**STIPULATION**

WHEREAS, defendants Sony Corporation and Sony Electronics Inc. ("Sony") filed their Motion For Summary Judgment That The Asserted Claims Of The Patents In Suit Are Invalid As Obvious on July 12, 2012 (Dkt. No. 734),

WHEREAS, the current deadline for plaintiff MedioStream, Inc. ("MedioStream") to respond with an opposition to Sony's Motion is July 26, 2012;

WHEREAS, the current deadline for Sony to reply to MedioStream's opposition is August 2, 2012;

WHEREAS, MedioStream seeks additional time to respond and Sony does not oppose this request;

WHEREAS, the current date for the Hon. Richard Seeborg to hear Sony's Motion is August 24, 2012;

WHEREAS, granting the extensions of time below will have no impact on any other deadlines in this action;

NOW THEREFORE, it is stipulated by and between MedioStream and Sony that:

1. MedioStream shall have until August 9, 2012, to respond with an opposition to Sony's Motion;

2. Sony shall have until August 16, 2012, to respond with a reply to MedioStream's opposition;

3. Sony will file a notice pursuant to Civ. L. R. 7-7(a) continuing the hearing date on its Motion to August 30, 2012, at 1:30 p.m.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

| | |
|---|---|
| Dated: July 24, 2012 | SUSMAN GODFREY L.L.P. |

                                                       By: /s/ *Brooke A.M. Taylor*
Stephen D. Susman (admitted *pro hac vice*)
SSusman@SusmanGodfrey.com
Joseph S. Grinstein (admitted *pro hac vice*)
JGrinstein@SusmanGodfrey.com
Max L. Tribble Jr. (admitted *pro hac vice*)
MTribble@SusmanGodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana, Suite 5100
Houston, TX 77002
P: (713) 651-9366

Brooke A.M. Taylor (admitted *pro hac vice*)
BTaylor@SusmanGodfrey.com
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
P: (206) 516-3880

Byron Cooper (State Bar No. 166578)
bcooper@teklaw.co
530 Lytton Avenue, Suite 200
Palo Alto, California 94301
T: (650) 283-4244

S. Calvin Capshaw (*pro hac vice*)
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux (*pro hac vice*)
ederieux@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
T: (903) 236-9800

*Attorneys for Plaintiff MedioStream, Inc.*

3

---

JOINT STIPULATION REQUESTING
EXTENSION OF TIME TO RESPOND
Case No. 3:11-cv-02525-RS-JCS
2345118v1/012330

                                          By: /s/ Zaed Billah (*with permission*)
Lewis Popovski (admitted *pro hac vice*)
lpopovski@kenyon.com
Michelle Carniaux (admitted *pro hac vice*)
mcarniaux@kenyon.com
Zaed Billah (admitted *pro hac vice*)
zbillah@kenyon.com
**KENYON & KENYON LLP**
One Broadway
New York, NY 10004
T: (212) 425-7200

Megan Olesek
molesek@kenyon.com
**KENYON & KENYON LLP**
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304-1216
T: 650-384-4700

*Attorneys for Sony Corporation and Sony Electronics Inc.*

## ATTESTATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: July 24, 2012                        By: /s/ *Brooke A.M. Taylor*

4

JOINT STIPULATION REQUESTING
EXTENSION OF TIME TO RESPOND
Case No. 3:11-cv-02525-RS-JCS
2345118v1/012330

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __7/25_____, 2012         _____
                                   The Honorable Richard Seeborg
                                   United States Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of July, 2012, a true and correct copy of the foregoing document was served on all parties via CM/ECF.

                                               /s/ Brooke A.M. Taylor
                                               Brooke A.M. Taylor

## SERVICE LIST

| | |
|---|---|
| Howard Chen, Elaine Chow, Timothy P. Walker, Holly Anne Hogan, Ramiz Rafeedie<br>**K&L Gates LLP**<br>4 Embarcadero Center, Suite 1200<br>San Francisco CA 94111<br>Email: howard.chen@klgates.com<br>Email: elaine.chow@klgates.com<br>Email: timothy.walker@klgates.com<br>Email: holly.hogan@klgates.com<br>Email: ramiz.rafeedie@klgates.com<br><br>Danny S. Ashby<br>**K&L Gates LLP**<br>1717 Main Street, Suite 2800, Dallas, TX 75201<br>Email: danny.ashby@klgates.com<br><br>*Counsel for Acer America Corp., Gateway, Inc., and CyberLink.com Corporation* | Scott Partridge, Roger Fulghum<br>Christopher Ponder<br>**Baker Botts L.L.P.**<br>One Shell Plaza, 910 Louisiana<br>Houston, TX 77002<br>Email: scott.partridge@bakerbotts.com<br>Email: roger.fulghum@bakerbotts.com<br>Email: chris.ponder@bakerbotts.com<br>Joshua Parker<br><br>**Baker Botts LLP**<br>620 Hansen Way, Palo Alto, CA 94304-1014<br>Email: josh.parker@bakerbotts.com<br><br>*Counsel for Dell Inc.* |
| Karen I. Boyd<br>Joshua M. Masur<br>**Turner Boyd LLP**<br>2570 W. El Camino Real, Suite 380<br>Mountain View, CA 94040<br>Email: boyd@turnerboyd.com<br>Email: masur@turnerboyd.com<br><br>*Counsel for ASUS Computer International, Inc.* | Steve T. Tsai<br>**Law Offices of Steve Tsai, ALC**<br>27 Mauchly, St. 212<br>Irvine, CA 92618<br>Email: stsai@lawyer4biz.com<br><br>*Counsel for Acer America Corp.* |
| Colin F. Campbell<br>**Osborn Maledon PA**<br>2929 N. Central, Suite 2100<br>Phoenix, AZ 85012-2793<br>Email: ccampbell@omlaw.com<br><br>*Counsel for Nero, Inc.* | Ahren Christian Hsu-Hoffman<br>Email: ahoffman@morganlewis.com<br>Michael John Lyons<br>Email: mlyons@morganlewis.com<br><br>*Counsel for Hewlett-Packard Company* |
| M. Craig Tyler, Brian A. Dietzel,<br>Henning Schmidt<br>**Wilson Sonsini Goodrich & Rosati**<br>900 South Capital of Texas Highway<br>Las Cimas IV, Fifth Floor<br>Austin, TX 78746-5546<br>Email: ctyler@wsgr.com<br>Email: bdietzel@wsgr.com<br>Email: hschmidt@wsgr.com<br>Michael A. Ladra, Monica Mucchetti Eno<br><br>**Wilson Sonsini Goodrich & Rosati**<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Email: mladra@wsgr.com<br>Email: meno@wsgr.com<br><br>*Counsel for ASUS Computer International,* | Otis Carroll<br>Deborah Race<br>**Ireland, Carroll & Kelly, PC**<br>6101 S. Broadway, Suite 500<br>Tyler, TX 75703<br>Email: fedserv@icklaw.com<br>Email: drace@icklaw.com<br><br>Roderick M. Thompson<br>Andrew Leibnitz<br>Christina Hollander<br>Matthew Hollander<br>**Farella Braun + Martel LLP**<br>235 Montgomery Street, 18th Floor<br>San Francisco, CA 94104<br>Email: rthompson@fbm.com<br>Email: ALeibnitz@fbm.com<br>Email: Sonic@fbm.com |

7
___
JOINT STIPULATION REQUESTING
EXTENSION OF TIME TO RESPOND
Case No. 3:11-cv-02525-RS-JCS
2345118v1/012330

| | |
|---|---|
| *Inc., Nero, Inc., and Nero AG* | Email: chollander@fbm.com<br>Email: mhollander@fbm.com<br><br>*Counsel for Sonic Solutions* |
| Melvin R. Wilcox, III<br>**Yarbrough & Wilcox, PLLC**<br>100 E. Ferguson St., Suite 1015<br>Tyler, TX 75702<br>Email: mrw@yw-lawfirm.com<br><br>Zaed M. Billah<br>Michelle Carniaux<br>Lewis V. Popovski<br>Thomas R. Makin<br>**Kenyon & Kenyon LLP**<br>One Broadway<br>New York, NY 10004-1007<br>Email: zbillah@kenyon.com<br>Email: mcarniaux@kenyon.com<br>Email: lpopovski@kenyon.com<br>Email: tmakin@kenyon.com<br>Email: molesek@kenyon.com<br><br>*Counsel for Sony Electronics Inc. and Sony Corporation* | Mark C. Scarsi, Christopher L. Holm, Hannah Cannom, Caitlan Hawks<br>**Milbank, Tweed, Hadley & McCloy LLP**<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017<br>Email: cholm@milbank.com,<br>Email: mscarsi@milbank.com<br>Email: hcannom@milbank.com<br>Email: chawks@milbank.com<br><br>*Counsel for Apple Inc.* |
| Melissa R. Smith, **Gillam & Smith, LLP**<br>303 South Washington Ave., Marshall, TX 75670<br>Email: melissa@gillamsmithlaw.com<br><br>Scott A. Schrader, Robert J. Williams<br>**Covington & Burling LLP**<br>One Front Street<br>San Francisco, CA 94111-5356<br>Email: sschrader@cov.com,<br>Email: rwilliams@cov.com<br><br>George F. Pappas, Christina Olson, William Zapf, Richard Rainey, Ranganath Sudarshan, B. Bieluch<br>**Covington & Burling LLP**<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401<br>Email: gpappas@cov.com, Email: colson@cov.com,<br>Email: rrainey@cov.com, Email: wzapf@cov.com,<br>Email: rsudarshan@cov.com;<br>Email: bbieluch@cov.com | Heidi M. Gutierrez, **Covington & Burling LLP**<br>9191 Towne Centre Drive, 6th Floor<br>San Diego, CA 92122<br>Email: hgutierrez@cov.com<br><br>Ramtin Taheri, **Covington & Burling LLP**<br>620 8th Avenue, New York, NY 10012<br>Tel: 212-841-1114; Fax: 646-441-9114<br>Email: rtaheri@cov.com<br><br>*Counsel for Microsoft Corporation* |

8

JOINT STIPULATION REQUESTING
EXTENSION OF TIME TO RESPOND
Case No. 3:11-cv-02525-RS-JCS
2345118v1/012330