Michael K. Plimack (SBN 133869)
Scott Schrader (SBN 219673)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: sschrader@cov.com
Email: mplimack@cov.com

George F. Pappas (admitted *pro hac vice*)
Brian G. Bieluch (admitted *pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave. N.W.
Washington, DC 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: gpappas@cov.com
Email: bbieluch@cov.com

Counsel for Defendant Microsoft Corporation

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIOSTREAM, INC.,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MICROSOFT CORPORATION, ET AL.,<br><br>　　　Defendants. | Case No.: 3:11-cv-2525-RS (JCS)<br><br>**[PROPOSED ORDER] GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS AND BOVIK EXPERT REPORT**<br><br>Judge: Hon. Joseph Spero<br>Courtroom G, 15th Floor |

Defendant Microsoft Corporation submitted an Unopposed Motion for Leave to Amend Invalidity Contentions and Bovik Expert Report. Having considered that motion, any oppositions to that motion, and any further proceedings, and finding good cause supporting it, IT IS THEREFORE ORDERED that Defendant Microsoft Corporation's Unopposed Motion for Leave to Amend Invalidity Contentions and Bovik Expert Report

**IT IS SO ORDERED.**

August 14, 2012

_____
The Hon. Joseph Spero
United States Magistrate Judge
Northern District of California

Civil Case No. 3:11-cv-2525-RS (JCS)
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
FOR LEAVE TO AMEND INVALIDITY CONTENTIONS &
BOVIK EXPERT REPORT

1