Michael K. Plimack (SBN 133869)
Scott Schrader (SBN 219673)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:     (415) 591-6000
Facsimile:     (415) 591-6091
Email:         sschrader@cov.com
Email:         mplimack@cov.com

George F. Pappas (admitted *pro hac vice*)
Brian G. Bieluch (admitted *pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave. N.W.
Washington, DC 20004-2401
Telephone:     (202) 662-6000
Facsimile:     (202) 662-6291
Email:         gpappas@cov.com
Email:         bbieluch@cov.com

Counsel for Defendant Microsoft Corporation

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEDIOSTREAM, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION, ET AL.,<br><br>  Defendants. | Case No.: 3:11-cv-2525-RS (JCS)<br><br>**[PROPOSED ORDER] GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS AND BOVIK EXPERT REPORT**<br><br>Judge: Hon. Joseph Spero<br>Courtroom G, 15th Floor |

1  Defendant Microsoft Corporation submitted an Unopposed Motion for Leave to Amend
2  Invalidity Contentions and Bovik Expert Report.  Having considered that motion, any
3  oppositions to that motion, and any further proceedings, and finding good cause supporting it,
4  IT IS THEREFORE ORDERED that Defendant Microsoft Corporation's Unopposed Motion for
5  Leave to Amend Invalidity Contentions and Bovik Expert Report

7  **IT IS SO ORDERED.**

9  August 20, 2012



The Honorable
United States Magistrate Judge
Northern District of California

Civil Case No. 3:11-cv-2525-RS (JCS)
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
FOR LEAVE TO AMEND INVALIDITY CONTENTIONS &
BOVIK EXPERT REPORT

1