1  Lewis V. Popovski (*pro hac vice*)
   Michelle Carniaux (*pro hac vice*)
2  Zaed M. Billah (*pro hac vice*)
   Aaron J. Zakem (*pro hac vice*)
3  KENYON & KENYON LLP
   One Broadway
4  New York, NY 10004-1007
   Telephone:  212.425.7200
5  Facsimile:  212.425.5288
   Email: lpopovski@kenyon.com
6  Email: mcarniaux@kenyon.com
   Email: zbillah@kenyon.com
7  Email: azakem@kenyon.com

8  Megan Olesek (SBN 191218)
   KENYON & KENYON LLP
9  1801 Page Mill Road, Suite 210
   Palo Alto, CA 94304-1216
10 Telephone: 650.384.4700
   Facsimile: 650.384.4701
11 Email: molesek@kenyon.com

12 *Attorney for Defendants
   Sony Corporation and Sony Electronics Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEDIOSTREAM, INC., <br><br> Plaintiff; <br><br> v. <br><br> MICROSOFT CORP., ET AL., <br><br> Defendants. | Case No. 3:11-cv-02525 <br><br> **JOINT STIPULATION REQUESTING EXTENSION OF TIME FOR SONY TO FILE REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** <br><br> Date:   September 6, 2012 <br> Time:   1:30 p.m. <br> Ctrm:   3 <br> Judge:  Hon. Richard Seeborg |

**STIPULATION**

WHEREAS, defendants Sony Corporation and Sony Electronics Inc. ("Sony") filed their Motion for Summary Judgment That the Asserted Claims of the Patents in Suit Are Invalid As Obvious on July 12, 2012 (Dkt. No. 734),

WHEREAS, plaintiff MedioStream, Inc. ("MedioStream") filed its opposition to Sony's Motion on August 9, 2012;

WHEREAS, the current deadline for Sony to reply to MedioStream's opposition is August 16, 2012;

WHEREAS, Sony seeks additional time to respond and MedioStream does not oppose this request;

WHEREAS, granting the extension of time below will have no impact on the hearing set in this action;

NOW THEREFORE, it is stipulated by and between Sony and MedioStream that:

1. Sony shall have until August 23, 2012 to respond with a reply to MedioStream's opposition;
2. The motion hearing scheduled for September 6, 2012, at 1:30 p.m. will not be impacted by this extension.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

///
///
///
///
///
///
///
///
///

JOINT STIP REQUESTING EXTENSION OF TIME TO RESPOND - 1 - Case No. 3:11-cv-02525

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | Respectfully submitted, |
| 2 | Dated: August 14, 2012 | By: | /s/ Zaed M. Billah |

Lewis V. Popovski (*pro hac vice*)
Michelle Carniaux (*pro hac vice*)
Zaed M. Billah (*pro hac vice*)
Aaron J. Zakem (pro hac vice)
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
Telephone: 212.425.7200
Facsimile: 212.425.5288
Email: lpopovski@kenyon.com
Email: mcarniaux@kenyon.com
Email: zbillah@kenyon.com

Megan Olesek (SBN 191218)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304-1216
Telephone: 650.384.4700
Facsimile: 650.384.4701
Email: molesek@kenyon.com

*Attorneys for Defendants*
*Sony Corporation and Sony Electronics Inc.*

Dated: August 14, 2012    By:    /s/ Brooke A.M. Taylor (with permission)

Stephen D. Susman (admitted *pro hac vice*)
SSusman@SusmanGodfrey.com
Joseph S. Grinstein (admitted *pro hac vice*)
JGrinstein@SusmanGodfrey.com
Max L. Tribble Jr. (admitted *pro hac vice*)
MTribble@SusmanGodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana, Suite 5100
Houston, TX 77002
P: (713) 651-9366

Brooke A.M. Taylor (admitted *pro hac vice*)
BTaylor@SusmanGodfrey.com
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
P: (206) 516-3880

Byron Cooper (State Bar No. 166578)
bcooper@teklaw.co
530 Lytton Avenue, Suite 200

Palo Alto, California 94301
T: (650) 283-4244

S. Calvin Capshaw (*pro hac vice*)
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux (*pro hac vice*)
ederieux@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
T: (903) 236-9800

*Attorneys for Plaintiff MedioStream, Inc.*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: August 14, 2012                     By: /s/ Zaed M. Billah
                                                Zaed M. Billah

1 **ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 Dated: __8/20_____, 2012  _____
   The Honorable Richard Seeborg
   United States Judge

JOINT STIP REQUESTING EXTENSION OF
TIME TO RESPOND                           - 4 -                    Case No. 3:11-cv-02525