Stephen D. Susman (Admitted *pro hac vice* 7/8/11)
SSusman@SusmanGodfrey.com
Joseph S. Grinstein (Admitted *pro hac vice* 7/8/11)
JGrinstein@SusmanGodfrey.com
Max L. Tribble Jr. (Admitted *pro hac vice* 7/8/11)
MTribble@SusmanGodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Phone: (713) 651-9366

Brooke Taylor (Admitted *pro hac vice* 7/8/11)
BTaylor@SusmanGodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Phone: (206) 516-3880

Byron Cooper (State Bar No. 166578)
bcooper@teklaw.com
530 Lytton Ave., Suite 200
P.O. Box 1278
Palo Alto, CA 94302
Phone: (650) 283-4244

S. Calvin Capshaw (*pro hac vice*)
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux (*pro hac vice*)
ederieux@capshawlaw.com
CAPSHAW DeRIEUX, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Tel: (903) 236-9800

Attorneys for MedioStream, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEDIOSTREAM, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION, et al.,<br><br>Defendants. | Case No. 3:11-cv-02525-RS-JCS<br><br>JOINT STIPULATION REQUESTING EXTENSION OF TIME TO RESPOND AND REPLY TO MICROSOFT'S MOTION TO SEVER FOR TRIAL |

MEDIOSTREAM, INC.,

Plaintiff,

vs.

ACER AMERICA CORP., et al.,

Defendants.

**STIPULATION**

WHEREAS, defendant Microsoft Corporation ("Microsoft") filed its Motion to Sever for Trial on August 2, 2012 (Dkt. No. 769);

WHEREAS, the current deadline for plaintiff MedioStream, Inc. ("MedioStream") and any defendants to respond to Microsoft's Motion is August 16, 2012;

WHEREAS, the current deadline for Microsoft to reply is August 23, 2012;

WHEREAS, MedioStream seeks additional time to respond and Microsoft does not oppose this request;

WHEREAS, the current date for the Hon. Richard Seeborg to hear Microsoft's Motion is September 6, 2012;

WHEREAS, granting the extensions of time below will have no impact on any other deadlines in this action;

NOW THEREFORE, it is stipulated by and between MedioStream and Microsoft that:

1. MedioStream and any defendants shall have until August 23, 2012, to respond to Microsoft's Motion; and,

2. Microsoft shall have until August 30, 2012, to reply in support of its motion, and MedioStream shall have until August 30, 2012 to reply to any papers filed by defendants other than Microsoft.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Dated: August 14, 2012

SUSMAN GODFREY L.L.P.

By: /s/ *Brooke A.M. Taylor*

Stephen D. Susman (admitted *pro hac vice*)
SSusman@SusmanGodfrey.com
Joseph S. Grinstein (admitted *pro hac vice*)
JGrinstein@SusmanGodfrey.com
Max L. Tribble Jr. (admitted *pro hac vice)*
MTribble@SusmanGodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana, Suite 5100
Houston, TX 77002
P: (713) 651-9366

Brooke A.M. Taylor (admitted *pro hac vice*)
BTaylor@SusmanGodfrey.com
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
P: (206) 516-3880

Byron Cooper (State Bar No. 166578)
bcooper@teklaw.co
530 Lytton Avenue, Suite 200
Palo Alto, California 94301
T: (650) 283-4244

S. Calvin Capshaw (*pro hac vice*)
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux (*pro hac vice*)
ederieux@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
T: (903) 236-9800

*Attorneys for Plaintiff MedioStream, Inc.*

By: /s/ Scott Schrader (*with permission*)

George Pappas
gpappas@cov.com

Brian Bieluch
bbieluch@cov.com
Ranganath Sudarshan
rsudarshan@cov.com
William Zapf
wzapf@cov.com
**COVINGTON & BURLING LLP**
1201 Pennsylvania Ave., NW
Washington, DC 20004
T: (202) 662-6000

Scott Schrader
sschrader@cov.com
Robert Williams
rwilliams@cov.com
**COVINGTON & BURLING LLP**
One Front Street, Suite 3500
San Francisco, CA 94111-5356
T: (415) 591-6000

Christina Olson
colson@cov.com
**COVINGTON & BURLING LLP**
620 Eighth Avenue
New York, NY 10018
T: (212) 841-1000

*Attorneys for Microsoft Corporation*

By: /s/ Elaine Y. Chow (*with permission*)
L. Howard Chen (SBN 257393)
howard.chen@klgates.com
Elaine Y. Chow (SBN 194063)
elaine.chow@klgates.com
Holly A. Hogan (SBN 238714)
holly.hogan@klgates.com
K&L Gates LLP
4 Embarcadero Center
San Francisco, CA 94111
T: (415) 882-8200

*Attorneys for ACER America Corporation and Gateway, Inc.*

By: /s/ Mark C. Scarsi (*with permission*)
Mark C. Scarsi
mscarsi@milbank.com
Chris L. Holm
cholm@milbank.com
Hannah L. Cannom
hcannom@milbank.com
MILBANK, TWEED, HADLEY & MCCLOY LLP
601 S. Figueroa St., 30th Fl.
Los Angeles, California 90017
T: (213) 892-4000

*Attorneys for Apple Inc.*

By: /s/ Joshua M. Masur (*with permission*)
Karen I. Boyd (Cal. S.B. No. 189808)
*boyd@turnerboyd.com*
Joshua M. Masur (Cal. S.B. No. 203510)
*masur@turnerboyd.com*
TURNER BOYD LLP
2570 W. El Camino Real, Suite 380
Mountain View, CA 94040
T: (650) 521-5930

*Attorneys for ASUS Computer International*

By: /s/ Joshua Parker (*with permission*)
Joshua Parker (SBN 264109)
josh.parker@bakerbotts.com
**BAKER BOTTS – PALO ALTO.**
620 Hansen Way
Palo Alto, CA 94304
T: (650) 739-7500

Roger Fulghum (admitted *pro hac vice*)
roger.fulghum@bakerbotts.com
**BAKER BOTTS – HOUSTON**
910 Louisiana St.
Houston, TX 77002-4995
T: (713) 229-1707

*Attorneys for Dell, Inc.*

By: /s/ Michelle Carniaux (*with permission)*

Lewis Popovski
lpopovski@kenyon.com
Michelle Carniaux
mcarniaux@kenyon.com
Zaed Billah
zbillah@kenyon.com
**KENYON & KENYON**
One Broadway
New York, NY 10004
T: (212) 425-7200

Megan Olesek
molesek@kenyon.com
**KENYON & KENYON LLP**
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304-1216
T: 650-384-4700

*Attorneys for Sony Corporation and Sony Electronics Inc.*

By: /s/ Roderick Thompson (*with permission*)

Roderick Thompson
rthompson@fbm.com
Matthew Hollander
mhollander@fbm.com
Christina Hollander
chollander@fbm.com
**FARELLA BRAUN & MARTEL LLP**
235 Montgomery Street, 17th Floor
San Francisco, California 94104
T: (415)-954-4400

*Attorneys for Sonic Solutions LLC*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: August 14, 2012 By: /s/ *Brooke A.M. Taylor*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/20________, 2012

The Honorable Richard Seeborg
United States Judge