IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MEDIOSTREAM, INC.,

         Plaintiff,

  v.

MICROSOFT CORPORATION, et al.,

         Defendants.

_____/

Case No. C 11-2525 RS

**ORDER RE SCHEDULING**

The Case Management Conference presently scheduled for September 27, 2012, is hereby advanced to September 6, 2012 at 1:30 p.m., to be held in conjunction with the hearing on the motions to sever brought by defendant Apple, Inc. (Dkt. No. 725) and Microsoft Corporation (Dkt. No. 769). The parties shall submit a Joint Case Management Conference Statement no later than August 31, 2012. Apple's "objection and motion to strike" (Dkt. No. 775) filed in connection with the briefing on its motion to sever, but noticed for September 13, 2012 will not be separately heard, and that hearing date is vacated. The motion for summary judgment of invalidity on grounds of obviousness brought by Defendants Sony Corporation and Sony Electronics Inc. (Dkt. No. 734) is continued to September 27, 2012 at 1:30 p.m., to be heard in conjunction with the other pending summary judgment motions.

IT IS SO ORDERED.

Dated: 8/21/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2