MILBANK, TWEED, HADLEY & MCCLOY LLP
   Mark C. Scarsi (Cal. State Bar No. 183926)
   mscarsi@milbank.com
   Chris L. Holm (Cal. State Bar No. 249388)
   cholm@milbank.com
   Hannah Cannom (Cal. State Bar No. 245635)
   hcannom@milbank.com
   Caitlin K. Hawks (Cal. State Bar No. 260417)
   chawks@milbank.com
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIOSTREAM, INC.,<br>                   Plaintiff,<br>vs.<br>MICROSOFT CORPORATION, et al.,<br>                   Defendants. | Case No.: 3:11-cv-02525 RS-JCS and Order<br>**JOINT STIPULATION REQUESTING EXTENSIONS OF TIME REGARDING MOTIONS TO SEVER, MOTIONS FOR SUMMARY JUDGMENT, AND RESETTING OF CASE MANAGEMENT CONFERENCE** |
| MEDIOSTREAM, INC.,<br>                   Plaintiff,<br>vs.<br>ACER AMERICA CORP., et al.,<br>                   Defendants. | |

## **STIPULATION**

WHEREAS trial in this matter has been re-set for June 24, 2013, and the parties agree that further motion practice and decisions on pending motions should be deferred until next year;

WHEREAS, defendant Apple Inc. ("Apple") filed its Motion to Sever on July 5, 2012 (Dkt. No. 725), and briefing on that motion was complete as of August 9, 2012 (*see* Dkt. Nos. 763 and 778);

WHEREAS, defendants Sony Corporation and Sony Electronics Inc. (collectively "Sony") filed their Motion for Summary Judgment regarding obviousness on July 12, 2012 (Dkt. No. 734), and briefing on that motion was complete as of August 23, 2012 (*see* Dkt. Nos. 777 and 807);

WHEREAS, defendants Sony, Microsoft Corporation ("Microsoft"), Acer America Corporation ("Acer"), Gateway Inc. ("Gateway"), and Dell Inc. ("Dell") filed their Motion for Summary Judgment that MedioStream is Not Entitled to Damages Prior to the Date of Its First Alleged Marking ("Marking Motion") on August 15, 2012 (Dkt. No. 788);

WHEREAS, defendants Sony, Microsoft, Acer, Gateway, and Dell filed their Motion for Summary Judgment of No Willfulness ("Willfulness Motion") on August 15, 2012 (Dkt. No. 791);

WHEREAS, defendant Microsoft Corporation filed its Motion to Sever for Trial on August 3, 2012 (Dkt. No. 769), plaintiff MedioStream responded to Microsoft Corporation's Motion to Sever for Trial on August 23, 2012 (Dkt. No. 805), and defendants Sony and Asus Computer International ("ACI") filed a non-opposition to Microsoft Corporation's Motion to Sever for Trial on August 23, 2012 (Dkt. No. 806);

WHEREAS, the current deadline for plaintiff MedioStream, Inc. ("MedioStream") to respond to the Marking Motion is August 29, 2012;

WHEREAS, the current deadline for plaintiff MedioStream to respond to the Willfulness Motion is August 29, 2012;

WHEREAS, the current deadline for Defendant Microsoft to reply in support of its Motion to Sever for Trial is August 30, 2012;

WHEREAS, the current deadline for defendants Sony, Microsoft, Acer, Gateway, and Dell to reply in support of their Marking Motion is September 5, 2012;

WHEREAS, the current deadline for defendants' Sony, Microsoft, Acer, Gateway, and Dell to reply in support of their Willfulness Motion is September 5, 2012;

WHEREAS, the current date for hearing Apple's Motion to Sever and Microsoft's Motion to Sever for Trial is September 6, 2012;

WHEREAS, the current date for hearing Sony's Motion for Summary Judgment regarding obviousness, the Marking Motion, and the Willfulness Motion is September 27, 2012;

WHEREAS, a Case Management Conference is presently set for September 6, 2012;

NOW THEREFORE, it is stipulated by and between MedioStream and defendants that:

1. MedioStream shall have until January 4, 2013, to respond to the Marking Motion and the Willfulness Motion;

2. Defendants Sony, Microsoft, Acer, Gateway, and Dell shall have until January 17, 2013, to reply in support of the Marking Motion and the Willfulness Motion;

3. Defendant Microsoft shall have until January 17, 2013 to reply in support of its Motion to Sever for Trial;

4. Defendant Apple may file a notice pursuant to Civil L.R. 7-7(b) continuing the original hearing date on its Motion to Sever to January 31, 2013, at 1:30 p.m.;

5. Defendant Microsoft may file a notice pursuant to Civil L.R. 7-7(b) continuing the original hearing date on its Motion to Sever to January 31, 2013, at 1:30 p.m.;

6. Defendants Sony, Microsoft, Acer, Gateway, and Dell may file a notice pursuant to Civ. L.R. 7-7(a) continuing the original hearing date on the Marking Motion and the Willfulness Motion to January 31, 2013, at 1:30 p.m.;

7. Defendant Sony may file a notice pursuant to Civ. L. R. 7-7(b) continuing the original hearing date on its motion for summary judgment regarding obviousness to January 31, 2013, at 1:30 p.m; and

8. The next Case Management Conference will be set for January 31, 2013, at 1:30pm.

9. Except as provided herein, the parties agree not to engage in discovery or other litigation activity prior to the later of (1) a decision by the Board of Patent Appeals and Interferences in Appeal No. 2012-006989 or (2) January 1, 2013.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Dated: September 2, 2012                    SUSMAN GODFREY L.L.P.


By: /s/ *Brooke A.M. Taylor (with permission)*
Stephen D. Susman (admitted *pro hac vice*)
SSusman@SusmanGodfrey.com
Joseph S. Grinstein (admitted *pro hac vice*)
JGrinstein@SusmanGodfrey.com
Max L. Tribble Jr. (admitted *pro hac vice*)
MTribble@SusmanGodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana, Suite 5100
Houston, TX 77002
P: (713) 651-9366

Brooke A.M. Taylor (admitted *pro hac vice*)
BTaylor@SusmanGodfrey.com
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
P: (206) 516-3880

Byron Cooper (State Bar No. 166578)
bcooper@teklaw.co
530 Lytton Avenue, Suite 200
Palo Alto, California 94301
T: (650) 283-4244

S. Calvin Capshaw (*pro hac vice*)
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux (*pro hac vice*)
ederieux@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
T: (903) 236-9800

*Attorneys for Plaintiff MedioStream, Inc.*

By: /s/ Elaine Y. Chow (*with permission*)
L. Howard Chen (SBN 257393)
howard.chen@klgates.com
Elaine Y. Chow (SBN 194063)
elaine.chow@klgates.com
Holly A. Hogan (SBN 238714)
holly.hogan@klgates.com
K&L Gates LLP
4 Embarcadero Center
San Francisco, CA 94111
T: (415) 882-8200

*Attorneys for ACER America Corporation and Gateway, Inc.*

By: /s/ Mark C. Scarsi
Mark C. Scarsi (SBN 183926)
mscarsi@milbank.com
Chris L. Holm
cholm@milbank.com
Hannah L. Cannom
hcannom@milbank.com
Caitlin K. Hawks
chawks@milbank.com
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
601 S. Figueroa St., 30th Fl.
Los Angeles, California 90017
T: (213) 892-4000

*Attorneys for Apple Inc.*

By: /s/ Joshua M. Masur (*with permission*)
Karen I. Boyd (Cal. S.B. No. 189808)
*boyd@turnerboyd.com*
Joshua M. Masur (Cal. S.B. No. 203510)
*masur@turnerboyd.com*
TURNER BOYD LLP
2570 W. El Camino Real, Suite 380
Mountain View, CA 94040
T: (650) 521-5930

*Attorneys for ASUS Computer International*

Civil Case No. 3:11-cv-02525-RS-JCS
JOINT STIPULATION REQUESTING
EXTENSIONS OF TIME RE MOTIONS AND CMC

-4-

By: /s/ Joshua Parker (*with permission*)
    Joshua Parker (SBN 264109)
    josh.parker@bakerbotts.com
    **BAKER BOTTS – PALO ALTO**.
    620 Hansen Way
    Palo Alto, CA 94304
    T: (650) 739-7500

    Roger Fulghum (admitted *pro hac vice*)
    roger.fulghum@bakerbotts.com
    **BAKER BOTTS – HOUSTON**
    910 Louisiana St.
    Houston, TX 77002-4995
    T: (713) 229-1707

*Attorneys for Dell, Inc.*


By: /s/ Scott Schrader (*with permission*)
    George Pappas
    gpappas@cov.com
    Brian Bieluch
    bbieluch@cov.com
    Ranganath Sudarshan
    rsudarshan@cov.com
    William Zapf
    wzapf@cov.com
    **COVINGTON & BURLING LLP**
    1201 Pennsylvania Ave., NW
    Washington, DC 20004
    T: (202) 662-6000

    Scott Schrader
    sschrader@cov.com
    Robert Williams
    rwilliams@cov.com
    **COVINGTON & BURLING LLP**
    One Front Street, Suite 3500
    San Francisco, CA 94111-5356
    T: (415) 591-6000

    Christina Olson
    colson@cov.com
    **COVINGTON & BURLING LLP**
    620 Eighth Avenue
    New York, NY 10018
    T: (212) 841-1000

*Attorneys for Microsoft Corporation*

By: /s/ Michelle Carniaux (*with permission*)
    Lewis Popovski
    lpopovski@kenyon.com
    Michelle Carniaux
    mcarniaux@kenyon.com
    Zaed Billah
    zbillah@kenyon.com
    **KENYON & KENYON**
    One Broadway
    New York, NY 10004
    T: (212) 425-7200

    Megan Olesek
    molesek@kenyon.com
    **KENYON & KENYON LLP**
    1801 Page Mill Road, Suite 210
    Palo Alto, CA 94304-1216
    T: 650-384-4700

*Attorneys for Sony Corporation and Sony Electronics Inc.*

By: /s/ N. Andrew Leibnitz (*with permission*)
    N. Andrew Leibnitz (SBN 184723)
    aleibnitz@fbm.com
    Roderick Thompson
    rthompson@fbm.com
    Matthew Hollander
    mhollander@fbm.com
    Christina Hollander
    chollander@fbm.com
    **FARELLA BRAUN & MARTEL LLP**
    235 Montgomery Street, 17th Floor
    San Francisco, California 94104
    T: (415)-954-4400

*Attorneys for Sonic Solutions LLC*

Civil Case No. 3:11-cv-02525-RS-JCS
JOINT STIPULATION REQUESTING
EXTENSIONS OF TIME RE MOTIONS AND CMC

-6-

**SIGNATURE ATTESTATION**

Pursuant to General Order 45, section X.B., I attest that I have obtained consent to file for all signatures indicated by the mark "/s/" within this electronically filed document.

*/s/* Mark C. Scarsi
MARK C. SCARSI
Counsel for Defendant Apple Inc.

1 **ORDER**

3  PURSUANT TO STIPULATION, IT IS SO ORDERED.

5  Dated: __9/4_____, 2012  _____
6  The Honorable Richard Seeborg
   United States Judge

28  Civil Case No. 3:11-cv-02525-RS-JCS    -8-
    JOINT STIPULATION REQUESTING
    EXTENSIONS OF TIME RE MOTIONS AND CMC