IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIOSTREAM, INC., | Case No. C 11-2525 RS |
| Plaintiff, | |
| v. | **ORDER RE SCHEDULING** |
| MICROSOFT CORPORATION, et al., | |
| Defendants. | |

Defendants' motion for a stay will be heard as previously scheduled on February 7, 2013 at 1:30 p.m., in conjunction with a Case Management Conference. The hearing dates for all other motions presently set to be heard by the undersigned (as opposed to discovery motions referred to the magistrate judge) are vacated.

Defendants have filed a series of topic-specific summary judgment motions. Absent prior approval, such multiple motions are generally improper and violate page limit rules. Even where good cause exists to permit multiple topic-specific motions, a series of hearing dates in a short span of time would rarely be allowed. Accordingly, the parties should be prepared to address at the Case Management Conference a schedule for hearing *all* remaining substantive or procedural motions currently on file or anticipated to be filed, including the various summary judgment and severance motions, in the event the motion to stay is denied.

IT IS SO ORDERED.

Dated: January 28, 2013

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE