IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIOSTREAM, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>          Defendants. | Case No.: C-11-02525 RS<br><br>**ORDER TO FILE UNDER SEAL COURT'S FEBRUARY 5, 2013 ORDER** |

The Court hereby ORDERS that its February 5, 2013 Order addressing the Motions contained in Docket Numbers 726, 727, 730, 732, 746, 750, and 759 [Docket No. 865] be filed under seal. The Court intends to publish the entire opinion in the public record within ten (10) days of the date of this Order. If any party believes that the Court's opinion contains any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than one week from the date of this Order.

IT IS SO ORDERED.

Dated: February 5, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge