1    Michael K. Plimack (SBN 133869)
2    Scott Schrader (SBN 219673)
     COVINGTON & BURLING LLP
3    One Front Street
     San Francisco, CA 94111
4    Telephone:     (415) 591-6000
     Facsimile:     (415) 591-6091
5    Email:         sschrader@cov.com
     Email:         mplimack@cov.com
6
7    George F. Pappas (admitted *pro hac vice*)
     COVINGTON & BURLING LLP
8    1201 Pennsylvania Ave. N.W.
     Washington, DC 20004-2401
9    Telephone:     (202) 662-6000
     Facsimile:     (202) 662-6291
10   Email:         gpappas@cov.com
11
12   *Counsel for Defendant Microsoft Corporation*
     *(Counsel for other Defendants are listed in*
13   *the signature block)*

Byron Cooper (SBN 166578)
530 Lytton Avenue, Suite 200
Palo Alto, California 94301
Telephone: (650) 283-4244
Facsimile: (650) 617-3201
Email: bcooper@teklaw.co
Henry C. Bunsow (Bar No. 060707)

Bunsow De Mory Smith & Allison LLP
55 Francisco Street, Suite 600
San Francisco, CA 94113
Telephone: 415-426-4747
Facsimile: 415-426-4744
S. Calvin Capshaw (admitted pro hac vice)
Elizabeth L. DeRieux (admitted pro hac vice)

John E. Lord (SBN 216111)
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com
*Attorneys for Plaintiff MedioStream, Inc.*

14
15
16                  UNITED STATES DISTRICT COURT
17              FOR THE NORTHERN DISTRICT OF CALIFORNIA
18                      SAN FRANCISCO DIVISION
19
     MEDIOSTREAM, INC.,
20
            Plaintiff,
21
            v.
22
     MICROSOFT CORPORATION, ET AL.,
23
            Defendants.
24
25
26
27
28

Case No.:  3:11-cv-2525-RS (JCS)

**STIPULATION AND
[PROPOSED] ORDER
GRANTING LEAVE TO AMEND
DEFENDANTS' INVALIDITY
CONTENTIONS AND BOVIK
EXPERT REPORT**

Judge:  Hon. Joseph Spero
Courtroom G, 15th Floor

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO AMEND DEFENDANTS' INVALIDITY CONTENTIONS AND
BOVIK EXPERT REPORT -- Case No.:  3:11-cv-2525-RS (JCS)

1    WHEREAS Defendants Acer America Corp, Apple Inc., Dell Inc., Gateway, Inc., Sonic

2   Solutions LLC, Sony Electronics Inc., Sony Corporation, and Microsoft Corporation

3   (collectively, "Defendants") propose amending their Invalidity Contentions pursuant to Patent

4   Rule 3-6;

5    WHEREAS Defendants submit that due to actions taken by the Patent Trial and Appeal

6   Board of the United States Patent and Trademark Office, good cause exists to amend the

7   Defendants' invalidity contentions and supplement the expert report of Dr. Alan C. Bovik to

8   take into account the affirmance of certain grounds of final rejection in the reexamination

9   proceedings of the asserted patents, U.S. Patent Nos. 7,009,655 ('655 patent) and 7,283,172

10   ('172 patent);

11    WHEREAS  MedioStream agrees to these amendments, while reserving the right to

12   challenge their relevance and admissibility;

13    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among

14   the undersigned counsel, on behalf of their respective clients, that Defendants be granted leave

15   to amend their invalidity contentions per Defendants' Second Supplemental and Amended

16   Invalidity  Contentions Pursuant To Patent Rule 3-3 ('655 and '172 Patents) (attached hereto as

17   Exhibit 1) and Defendants' Second Supplemental Expert Report on Invalidity by  Dr. Alan

18   Conrad Bovik (attached hereto as Exhibit 2).

19    **IT IS SO STIPULATED.**

20

21

22   Dated: February 5, 2013            Respectfully submitted,

23                                              */s/ Scott A. Schrader*
                                        Scott A. Schrader
24                                        Michael K. Plimack
                                        COVINGTON & BURLING LLP
25                                        One Front Street
                                        San Francisco, CA 94111-5356
26                                        (415) 591-6000
                                        (415) 591-6091 (fax)
27                                        Email: sschrader@cov.com
                                        Email: mplimack@cov.com
28                                        George F. Pappas

2

1

COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
2
Washington, DC 20004-2401
(202) 662-6000
3
(202) 662-6291 (fax)
Email: gpappas@cov.com
4

5
*Counsel for Defendant Microsoft Corporation*

6

/s/ Elaine Y. Chow
7
L. Howard Chen (SBN 257393)
Elaine Y. Chow (SBN 194063)
8
Holly A. Hogan (SBN 238714)
K&L Gates LLP
9
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
10
Telephone:     (415) 882-8200
Facsimile:     (415) 882-8220
11
Email:         howard.chen@klgates.com
Email:         elaine.chow@klgates.com
12
Email:         holly.hogan@klgates.com
13

*Counsel for Defendants Acer America Corporation and*
14
*Gateway, Inc.*

15

/s/ Mark Scarsi
16
Mark Scarsi (SBN 183926)
Chris L. Holm (SBN 249388)
17
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa, 30th Floor
18
Los Angeles, CA 90017
Telephone:     (213) 892-4000
19
Facsimile:     (213) 629-5063
Email:         mscarsi@milbank.com
20
Email:         cholm@milbank.com
21

*Counsel for Defendant Apple Inc.*
22

23
/s/ Joshua Parker
Joshua Parker (SBN 264109)
24
Baker Botts L.L.P.
1001 Page Mill Rd., Building 1, Suite 200
25
Palo Alto, CA 94304
Telephone:     (650) 739-7500
26
Facsimile:     (650) 739-7699
Email:         josh.parker@bakerbotts.com
27

28
Roger Fulghum (pending *pro hac vice*)

3

Baker Botts L.L.P.
910 Louisiana St.
Houston, TX 77002-4995
Telephone:      (713) 229-1707
Facsimile:      (713) 229-2707
Email:          roger.fulghum@bakerbotts.com

*Counsel for Defendant Dell Inc.*

*/s/ Roderick M. Thompson*
Roderick M. Thompson (SBN 96192)
Andrew Leibnitz (SBN 184723)
Farella Braun + Martel LLP
235 Montgomery St., 17th Floor
San Francisco, CA 94104
Telephone:      (415) 954-4400
Facsimile:      (415) 954-4480
Email:          rthompson@fbm.com
Email:          aleibnitz@fbm.com

*Counsel for Defendant Sonic Solutions LLC*

*/s/ Megan Rae Whyman Olesek*
Megan Rae Whyman Olesek (SBN 191218)
Kenyon & Kenyon LLP
1801 Page Mill Rd., Suite 210
Palo Alto, CA 94304
Telephone:      (408) 975-7500
Facsimile:      (408) 975-7501
Email:          molesek@kenyon.com

Michelle Carniaux (admitted *pro hac vice*)
Lewis V. Popovski (admitted *pro hac vice*)
Zaed M. Billah (admitted *pro hac vice*)
Aaron J. Zakem (admitted *pro hac vice*)
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
Telephone:      (212) 425-7200
Facsimile:      (212) 425-5288
Email:          mcarniaux@kenyon.com
Email:          lpopovski@kenyon.com
Email:          zbillah@kenyon.com
Email:          azakem@kenyon.com

*Counsel for Defendants Sony Corporation and Sony Electronics Inc.*

4

Dated: February 5, 2013

Respectfully submitted,

*/s/ Henry C. Bunsow*
Byron Cooper (SBN 166578)
530 Lytton Avenue, Suite 200
Palo Alto, California 94301
Telephone: (650) 283-4244
Facsimile: (650) 617-3201
Email: bcooper@teklaw.co

Henry C. Bunsow (Bar No. 060707)
Bunsow De Mory Smith & Allison LLP
55 Francisco Street, Suite 600
San Francisco, CA 94113
Telephone: 415-426-4747
Facsimile: 415-426-4744

S. Calvin Capshaw (admitted pro hac vice)
Elizabeth L. DeRieux (admitted pro hac vice)
John E. Lord (SBN 216111)
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

*Attorneys for Plaintiff MedioStream, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___02/06_____, 2013

_____
The Honorable
United States
Northern District of California

Judge Joseph C. Spero

5

1

**SIGNATURE ATTESTATION**

2          Pursuant to General Order 45, section X.B., I attest that I have obtained consent

3   to file for all signatures indicated by the mark "/s/" within this electronically filed document.

4

5                              */s/ Scott Schrader*
                               Scott Schrader
6                              Counsel for Defendant Microsoft Corporation

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28