UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**Judge: RICHARD SEEBORG**

**Date:** 2/7/13  **Time in Court:** **50 min.**

**Case No.:** C 11-02525 RS

**Case Title:** MedioStream Inc.  v.  Microsoft Corporation, et al.,

**Appearances:**

    For Plaintiff(s):  Byron Cooper, Henry Bunsow, Brian Smith,

    For Defendant(s): Roderick Thompson, Mark Scarsi, Robert Lytle, Scott Schrader,
        Roger Fulghum, Lewis Popovski, Hannah Cannom, Michelle Carniaux,
        Mike Plimack, Andrew Liebnitz, Elaine Chow, Holly Hogan,
        Josh Parker

**Deputy Clerk:** Corinne Lew        **Court Reporter:** Margo Gurule

## PROCEEDINGS

Motion to Stay and Further Case Management Conference Hearing Held.

## SUMMARY

Parties to submit case plan by 2/14/13.

 MOTION/MATTER:( ) Granted
               ( ) Denied
               ( ) Granted in part/Denied in part
               **( X ) Taken under submission**
               ( ) Withdrawn/Off Calendar
               () Continued to:

Order to be prepared by:       ( ) Plaintiff    ( ) Defendant    **( X) Court**