FILED

FEB 1 5 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MedioStream, Inc., | Case No. 5:11-cv-02525-RS |
| Plaintiff, | [Proposed] **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| v. | |
| Microsoft Corporation, et al., | |
| Defendant. | |

Before the Court is Plaintiff MedioStream's Motion to Withdraw as Counsel, filed on January 24, 2013. For good cause shown and without opposition, Plaintiff's Motion is **GRANTED**, and Stephen D. Susman, Joseph S. Grinstein, Max L. Tribble, Jr., Brook Taylor, and the firm of Susman Godfrey L.L.P. may withdraw as counsel of record for Plaintiff. The Clerk is also hereby **ORDERED** to terminate CM/ECF notifications for this action as to these attorneys.

**IT IS SO ORDERED**.

Dated: 2-15-13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1