**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA,**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **MEDIOSTREAM, INC.** § | |
| § | |
| **PLAINTIFF,** § | |
| § | **CIVIL ACTION NO. C 11-2525 RS** |
| **V.** § | |
| § | |
| **MICROSOFT CORPORATION, ET AL.** § | |
| § | |
| **DEFENDANTS.** § | |

## ORDER OF DISMISSAL

On this day, Plaintiff MEDIOSTREAM and Defendant APPLE INC., announced to the Court that they have settled their respective claims for relief asserted in this cause. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against APPLE INC. by MEDIOSTREAM herein are dismissed, with prejudice, and all counterclaims for relief against MEDIOSTREAM by APPLE INC. are dismissed without prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Signed this  22nd  day of February 2013.

_____
District Judge Richard Seeborg
UNITED STATES DISTRICT COURT