Byron Cooper (State Bar No. 166578)
Email: bcooper@teklaw.co
530 Lytton Avenue, Suite 200
Palo Alto, California 94301
Telephone: (650) 283-4244
Facsimile: (650) 617-3201

Henry C. Bunsow (State Bar No. 060707)
hbunsow@bdiplaw.com
BUNSOW DEMORY SMITH & ALLISON LLP
55 Francisco Street, Suite 600
San Francisco, CA 94113
Telephone: (415) 426-4747
Facsimile: (415) 426-4744

Attorneys for Plaintiff
MEDIOSTREAM, INC.

Joshua M. Masur (State Bar No. 203510)
masur@turnerboyd.com
TURNER BOYD LLP
2570 West El Camino Real, Suite 380
Mountain View, CA 94040
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Attorneys for Defendant
ASUS COMPUTER INTERNATIONAL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEDIOSTREAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORP., et al., <br><br> Defendants. | Case No. 3:11-cv-02525 RS <br><br> [~~PROPOSED~~] ORDER OF DISMISSAL |

On this day, Plaintiff MEDIOSTREAM and Defendant ASUS COMPUTER INTERNATIONAL announced to the Court that they have settled their respective claims for relief asserted in this cause. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

1     IT IS THEREFORE ORDERED that all claims for relief asserted against ASUS
2 COMPUTER INTERNATIONAL by MEDIOSTREAM herein are dismissed, with prejudice, and all
3 counterclaims for relief against MEDIOSTREAM by ASUS COMPUTER INTERNATIONAL are
4 dismissed with prejudice; and

5     IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be
6 borne by each party incurring the same.

7     Signed this __14th__ day of March 2013.

_____

District Judge Richard Seeborg
UNITED STATES DISTRICT COURT