| | |
|---|---|
| Michael K. Plimack (SBN 133869)<br>Scott Schrader (SBN 219673)<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA 94111<br>Telephone:   (415) 591-6000<br>Facsimile:    (415) 591-6091<br>Email:          sschrader@cov.com<br>Email:          mplimack@cov.com<br><br>George F. Pappas (admitted *pro hac vice*)<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Ave. N.W.<br>Washington, DC 20004-2401<br>Telephone:   (202) 662-6000<br>Facsimile:    (202) 662-6291<br>Email:          gpappas@cov.com<br><br>*Counsel for Defendant Microsoft Corporation (Counsel for other Defendants are listed in the signature block)* | Byron Cooper (SBN 166578)<br>530 Lytton Avenue, Suite 200<br>Palo Alto, California 94301<br>Telephone: (650) 283-4244<br>Facsimile: (650) 617-3201<br>Email: bcooper@teklaw.co<br>Henry C. Bunsow (Bar No. 060707)<br><br>Bunsow De Mory Smith & Allison LLP<br>55 Francisco Street, Suite 600<br>San Francisco, CA 94113<br>Telephone: 415-426-4747<br>Facsimile: 415-426-4744<br>S. Calvin Capshaw (admitted pro hac vice)<br>Elizabeth L. DeRieux (admitted pro hac vice)<br><br>John E. Lord (SBN 216111)<br>Capshaw DeRieux, LLP<br>1127 Judson Road, Suite 220<br>Longview, TX 75601<br>Telephone: (903) 236-9800<br>Facsimile: (903) 236-8787<br>Email: ccapshaw@capshawlaw.com<br>Email: ederieux@capshawlaw.com<br><br>*Attorneys for Plaintiff MedioStream, Inc.* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIOSTREAM, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, ET AL.,<br><br>        Defendants. | Case No.:  3:11-cv-2525-RS (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ALL CLAIMS OF '172 PATENT AND ALL CLAIMS OF '655 PATENT EXCEPT CLAIMS 10 AND 11**<br><br>Judge:  Hon. Richard G. Seeborg<br>Place:  San Francisco Courthouse,<br>            Courtroom 3 – 17th Floor |

1   WHEREAS Plaintiff MedioStream, Inc. ("MedioStream") hereby represents and
2   warrants that it owns all right, title, and interest in U.S. Patent Nos. 7,283,172 ("the '172
3   patent") and 7,009,655 ("the '655 patent") (collectively, "the Asserted Patents");
4   WHEREAS MedioStream alleges that Defendants Acer America Corp., Dell Inc.,
5   Gateway, Inc., Sonic Solutions LLC, Sony Corp., Sony Electronics Inc., and Microsoft Corp.
6   (collectively, "Defendants") are directly infringing and/or indirectly infringing the Asserted
7   Patents, and further allege that certain Defendants have willfully infringed the Asserted Patents;
8   WHEREAS Defendants deny these allegations and seek a declaration that the Asserted
9   Patents are invalid, unenforceable, and not infringed;
10  WHEREAS on February 8, 2013, the Court issued an Order re Motion to Stay (Dkt. No.
11  873) stating that "Accordingly, on or before February 14, 2013, MedioStream shall file written
12  confirmation that it is electing to dismiss all claims with prejudice except those arising from
13  claims 10 and 11 of the '655 Patent";  and
14  WHEREAS on February 8, 2013, pursuant to the Court's Order, MedioStream filed a
15  written confirmation that MedioStream is electing to dismiss all claims of the '172 patent and all
16  claims of the '655 patent with prejudice except claims 10 and 11 of the '655 patent (Dkt. No.
17  874);
18  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among
19  the undersigned counsel, on behalf of their respective clients:
20  For an order pursuant to Fed. R. Civ. P. 41(a)(2):  (1) dismissing all claims and causes of
21  action of MedioStream as to the accused products in the litigation and as to all claims of the
22  '172 patent and all claims of the '655 patent with prejudice, except claims 10 and 11 of the '655
23  patent, and (2) dismissing all counter-claims of the Defendants as to all claims of the '172 patent
24  and all claims of the '655 patent without prejudice, except claims 10 and 11 of the '655 patent.
25  **IT IS SO STIPULATED.**
26
27  Dated: February ____, 2013            Respectfully submitted,
28                                         */s/ Michael K. Plimack*
                                           Michael K. Plimack

Scott A. Schrader
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
(415) 591-6000
(415) 591-6091 (fax)
Email: sschrader@cov.com
Email: mplimack@cov.com

George F. Pappas
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-6000
(202) 662-6291 (fax)
Email: gpappas@cov.com

*Counsel for Defendant Microsoft Corporation*

*/s/ L. Howard Chen (with permission)*
L. Howard Chen (SBN 257393)
Elaine Y. Chow (SBN 194063)
Holly A. Hogan (SBN 238714)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone:    (415) 882-8200
Facsimile:    (415) 882-8220
Email:        howard.chen@klgates.com
Email:        elaine.chow@klgates.com
Email:        holly.hogan@klgates.com

*Counsel for Defendants Acer America Corporation and Gateway, Inc.*

*/s/ Joshua Parker (with permission)*
Joshua Parker (SBN 264109)
BAKER BOTTS L.L.P.
1001 Page Mill Rd., Building 1, Suite 200
Palo Alto, CA 94304
Telephone:    (650) 739-7500
Facsimile:    (650) 739-7699
Email:        josh.parker@bakerbotts.com

Roger Fulghum (pending pro hac vice)
Baker Botts L.L.P.
910 Louisiana St.
Houston, TX 77002-4995
Telephone:    (713) 229-1707
Facsimile:    (713) 229-2707
Email:        roger.fulghum@bakerbotts.com

*Counsel for Defendant Dell Inc.*

Scott A. Schrader
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
(415) 591-6000
(415) 591-6091 (fax)
Email: sschrader@cov.com
Email: mplimack@cov.com

George F. Pappas
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-6000
(202) 662-6291 (fax)
Email: gpappas@cov.com

*Counsel for Defendant Microsoft Corporation*

*/s/ L. Howard Chen (with permission)*
L. Howard Chen (SBN 257393)
Elaine Y. Chow (SBN 194063)
Holly A. Hogan (SBN 238714)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone:    (415) 882-8200
Facsimile:    (415) 882-8220
Email:        howard.chen@klgates.com
Email:        elaine.chow@klgates.com
Email:        holly.hogan@klgates.com

*Counsel for Defendants Acer America Corporation and Gateway, Inc.*

*/s/ Joshua Parker (with permission)*
Joshua Parker (SBN 264109)
BAKER BOTTS L.L.P.
1001 Page Mill Rd., Building 1, Suite 200
Palo Alto, CA 94304
Telephone:    (650) 739-7500
Facsimile:    (650) 739-7699
Email:        josh.parker@bakerbotts.com

Roger Fulghum (pending pro hac vice)
Baker Botts L.L.P.
910 Louisiana St.
Houston, TX 77002-4995
Telephone:    (713) 229-1707
Facsimile:    (713) 229-2707
Email:        roger.fulghum@bakerbotts.com

*Counsel for Defendant Dell Inc.*

*/s/ Roderick M. Thompson (with permission)*
Roderick M. Thompson (SBN 96192)
Andrew Leibnitz (SBN 184723)
FARELLA BRAUN + MARTEL LLP
235 Montgomery St., 17th Floor
San Francisco, CA 94104
Telephone:    (415) 954-4400
Facsimile:    (415) 954-4480
Email:        rthompson@fbm.com
Email:        aleibnitz@fbm.com

*Counsel for Defendant Sonic Solutions LLC*

*/s/ Megan Rae Whyman Olesek (with permission)*
Megan Rae Whyman Olesek (SBN 191218)
KENYON & KENYON LLP
1801 Page Mill Rd., Suite 210
Palo Alto, CA 94304
Telephone:    (408) 975-7500
Facsimile:    (408) 975-7501
Email:        molesek@kenyon.com

Michelle Carniaux (admitted pro hac vice)
Lewis V. Popovski (admitted pro hac vice)
Zaed M. Billah (admitted pro hac vice)
Aaron J. Zakem (admitted pro hac vice)
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
Telephone:    (212) 425-7200
Facsimile:    (212) 425-5288
Email:        mcarniaux@kenyon.com
Email:        lpopovski@kenyon.com
Email:        zbillah@kenyon.com
Email:        azakem@kenyon.com

*Counsel for Defendants Sony Corporation and Sony Electronics Inc.*

Dated: February ___, 2013            Respectfully submitted,

*/s/ Bryon Cooper (with permission)*
Byron Cooper (SBN 166578)
530 Lytton Avenue, Suite 200
Palo Alto, California 94301
Telephone: (650) 283-4244
Facsimile: (650) 617-3201
Email: bcooper@teklaw.co

Henry C. Bunsow (Bar No. 060707)
BUNSOW DE MORY SMITH &
ALLISON LLP
55 Francisco Street, Suite 600
San Francisco, CA 94113
Telephone: 415-426-4747
Facsimile: 415-426-4744

S. Calvin Capshaw (admitted pro hac vice)
Elizabeth L. DeRieux (admitted pro hac vice)
John E. Lord (SBN 216111)
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

*Attorneys for Plaintiff MedioStream, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/18 ___, 2013            _____
                                 The Hon. Richard G. Seeborg
                                 United States District Court Judge
                                 Northern District of California