**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIOSTREAM, INC., | Case No. C 11-2525 RS |
| Plaintiff, | |
| v. | **ORDER VACATING DATES AND SETTING CASE MANAGEMENT CONFERENCE** |
| MICROSOFT CORPORATION, et al., | |
| Defendants. | |

Plaintiff advises that it has reached a tentative settlement with Microsoft, and it requests all dates be vacated and that matter set for a further case management conference. Counsel of record for Sony requests that no further case management conference be held until after the settlement agreement between plaintiff and Microsoft has been executed.[1] Good cause appearing, all existing deadlines and dates in this matter are vacated. The remaining parties shall appear for a further Case Management Conference on June 20, 2013 at 10:00 a.m., with a joint statement filed one week in advance. In the event the settlement with Microsoft has not been finalized by the time the statement is due, the statement should include information as to the settlement status and a proposed date to which the Conference may be continued.

---

[1] It is unclear whether this request is presented on behalf of other defendants, or only Sony.

The previously heard motion for summary judgment brought by Sony will remain under submission until after the Case Management Conference. The additional motion for summary judgment previously set to be heard on May 9, 2013 will not be reset for hearing until and unless an order issues denying the submitted motion.

IT IS SO ORDERED.

Dated: 4/24/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE