IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MEDIOSTREAM, INC.,

       Plaintiff,

  v.

MICROSOFT CORPORATION, et al.,

       Defendants.

Case No. C 11-2525 RS

**ORDER CLARIFYING SCHEDULING**

In clarification of the prior order filed this date vacating dates herein, a new due date for the reply brief in support of the second summary judgment motion (Dkt. No. 930) will be set when and if that motion is reset for hearing.

IT IS SO ORDERED.

Dated: 4/24/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE