UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIOSTREAM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, ET AL.,<br><br>Defendants. | Case No.: 3:11-cv-2525-RS (JCS)<br><br>[~~PROPOSED~~] ORDER AND STIPULATION OF DISMISSAL<br><br>Judge Richard Seeborg |

IT IS HEREBY STIPULATED, by and among Plaintiff MedioStream, Inc. and Defendant Microsoft Corporation (collectively the "Parties") through their counsel of record and subject to the approval of the Court that:

1. All claims presented by MedioStream, Inc. in this litigation are dismissed with prejudice as to Microsoft Corporation;

2. All other claims presented by MedioStream, Inc. in this litigation against other Defendants are dismissed with prejudice as to any product, service, software, equipment, or other technology of Microsoft Corporation;

3. All counterclaims presented by Microsoft Corporation in this litigation against MedioStream, Inc. shall be dismissed without prejudice; and

4. The Parties shall bear their own costs and attorneys' fees.

*/s/ Henry C. Bunsow*

Henry C. Bunsow (State Bar No. 060707)
hbunsow@bdiplaw.com
Bunsow De Mory Smith & Allison LLP
55 Francisco Street, Suite 600
San Francisco, CA 94133
Tel: (415) 426-4747
Fax: (415) 426-4744

*/s/ Michael K. Plimack*

Michael K. Plimack (SBN 133869)
Scott A. Schrader (SBN 219673)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:   (415) 591-6000
Facsimile:    (415) 591-6091

Byron Cooper (State Bar No. 166578)
530 Lytton Avenue, Suite 200
Palo Alto, California 94301
Telephone: (650) 283-4244
Fax: (650) 617-3201
Email: bcooper@teklaw.co

S. Calvin Capshaw (pro hac vice)
Elizabeth L. DeRieux (pro hac vice)
CAPSHAW DeRIEUX, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Tel: (903) 236-9800; Fax: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

*Counsel for Plaintiff MedioStream, Inc.*

Email: mplimack@cov.com
Email: sschrader@cov.com

George F. Pappas (admitted *pro hac vice*)
Ranganath T. Sudarshan (SBN 244984)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave. N.W.
Washington, DC 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: gpappas@cov.com
Email: wzapf@cov.com

*Counsel for Defendant Microsoft Corporation*

IT IS SO ORDERED.

Dated: 4/26/13

_____

Hon. Richard Seeborg
United States District Judge