Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Andrew Leibnitz (State Bar No. 184723)
aleibnitz@fbm.com
Matthew A. Hollander (State Bar No. 240361)
mhollander@fbm.com
Christina R. Hollander (State Bar No. 267292)
chollander@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant and Counterclaimant
SONIC SOLUTIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIOSTREAM, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>        Defendant. | Case No. C 11-2525 RS<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT BASED ON THE SETTLEMENT BETWEEN MEDIOSTREAM INC. AND MICROSOFT CORPORATION**<br><br>Dept:    Courtroom 3, 17th Floor<br>Judge:  Hon. Richard Seeborg |
| MEDIOSTREAM, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>ACER AMERICA CORPORATION, et al.,<br><br>        Defendants. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION RE BRIEFING SCHEDULE FOR
SETTLEMENT MSJ / Case No. C 11-2525 RS

- 1 -

25392\3729742.1

# STIPULATION

WHEREAS, at the June 20, 2013 Case Management Conference, the Court granted Defendants' request to file motions for summary judgment based on the effect of the Settlement between Plaintiff MedioStream, Inc. and Defendant Microsoft Corporation, and directed the parties to confer and agree on a briefing schedule;

WHEREAS, Plaintiff and the remaining Defendants, Sonic Solutions LLC, Dell Inc., Acer America Corporation and Gateway Inc., have conferred and agree to the following scheduling:

- Opening briefs shall be filed by July 11, 2013;
- Opposition briefs shall be filed by July 25, 2013;
- Reply briefs shall be filed by August 1, 2015.

The parties will set the matter to be heard on August 15, 2013 at 1:30 p.m., with the understanding that the Court may move or cancel the hearing at its discretion.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  June 27, 2013                    FARELLA BRAUN + MARTEL LLP


By: /s/ *Roderick M. Thompson*
    Roderick M. Thompson

Attorneys for Defendant Sonic Solutions LLC


By: /s/ *Elaine Y. Chow*
    L. Howard Chen (State Bar No. 257393)
    Elaine Y. Chow (State Bar No. 194063)
    Holly A. Hogan (State Bar No. 238714)
    K&L Gates LLP
    4 Embarcadero Center
    San Francisco, CA 94111
    Telephone: (415) 882-8200
    Facsimile: (415) 882-8220
    Email: howard.chen@klgates.com
    Email: elaine.chow@klgates.com
    Email: holly.hogan@klgates.com

Attorneys for Defendants Acer America Corporation and Gateway, Inc.

|  |  |
|---|---|
| By: | /s/ *Joshua Parker* |
|  | Joshua Parker (State Bar No. 264109) |
|  | Baker Botts L.L.P. |
|  | 620 Hansen Way |
|  | Palo Alto, CA 94304 |
|  | Telephone: (650) 739-7500 |
|  | Facsimile: (650) 739-7699 |
|  | Email: josh.parker@bakerbotts.com |

Roger Fulghum (admitted pro hac vice)
Tammy Pennington Rhodes (admitted pro hac vice)
Baker Botts L.L.P.
910 Louisiana St.
Houston, TX 77002-4995
Telephone: (713) 229-1707
Facsimile: (713) 229-2707
Email: roger.fulghum@bakerbotts.com
Email: tammy.pennington@bakerbotts.com a

Attorneys for Defendant Dell Inc.

By: /s/ *Henry C. Bunsow*
Henry C. Bunsow (State Bar No. 060707)
Bunsow De Mory Smith & Allison LLP
55 Francisco Street, Suite 600
San Francisco, CA 94113
Telephone:  415-426-4747
Facsimile:  415-426-4744
Email: hbunsow@bdiplaw.com

S. Calvin Capshaw (admitted *pro hac vice*)
Elizabeth L. DeRieux (admitted *pro hac vice*)
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Byron Cooper (State Bar No. 166578)
530 Lytton Avenue, Suite 200
Palo Alto, California 94301
Telephone: (650) 283-4244
Facsimile: (650) 617-3201
Email: bcooper@teklaw.co

Attorneys for Plaintiff MedioStream Inc.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION RE BRIEFING SCHEDULE FOR
SETTLEMENT MSJ / Case No. C 11-2525 RS

- 3 -

25392\3729742.1

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(23), I attest that I have obtained consent to file for all signatures indicated by the mark "/s/" within this electronically filed document.

/s/ *Roderick M. Thompson*
Roderick M. Thompson

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/27, 2013

_____
The Honorable Richard Seeborg
United States Judge