Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Andrew Leibnitz (State Bar No. 184723)
aleibnitz@fbm.com
Christina R. Hollander (State Bar No. 267292)
chollander@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant / Counterclaimant
SONIC SOLUTIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIOSTREAM, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | Case No. C 11-2525 RS<br><br>[~~PROPOSED~~] **ORDER AND STIPULATION OF DISMISSAL**<br><br>Dept:     Courtroom 3, 17th Floor<br>Judge:    Hon. Richard Seeborg |
| MEDIOSTREAM, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>ACER AMERICA CORPORATION, et al.,<br><br>                Defendants. | |

1  IT IS HEREBY STIPULATED, by and among Plaintiff MedioStream, Inc. and Defendant Sonic Solutions LLC, through their counsel of record and subject to the approval of the Court that:

1. All claims presented by MedioStream, Inc. in this litigation are dismissed with prejudice as to Sonic Solutions LLC;

2. All counterclaims presented by Sonic Solutions, LLC in this litigation against MedioStream, Inc., are dismissed without prejudice.

Dated: August 22, 2013

FARELLA BRAUN + MARTEL LLP

By: /s/ *Roderick M. Thompson*
    Roderick M. Thompson

ATTORNEYS FOR DEFENDANT AND COUNTER CLAIMANT SONIC SOLUTIONS LLC

By: /s/ *Henry C. Bunsow*
Henry C. Bunsow (State Bar No. 060707)
Bunsow De Mory Smith & Allison LLP
55 Francisco Street, Suite 600
San Francisco, CA 94113
Telephone: 415-426-4747
Facsimile: 415-426-4744
Email: hbunsow@bdiplaw.com

S. Calvin Capshaw (admitted *pro hac vice*)
Elizabeth L. DeRieux (admitted *pro hac vice*)
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Byron Cooper (State Bar No. 166578)
530 Lytton Avenue, Suite 200
Palo Alto, California 94301
Telephone: (650) 283-4244
Facsimile: (650) 617-3201
Email: bcooper@teklaw.co

ATTORNEYS FOR PLAINTIFF MEDIOSTREAM, INC.

Case No. C 11-2525 RS
- 2 -
25392\3820175.1

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that I have obtained consent to file for all signatures indicated by the mark "/s/" within this electronically filed document.

/s/ *Roderick M. Thompson*
Roderick M. Thompson

**IT IS SO ORDERED.**

Dated: 8/22/13

Hon. Richard Seeborg
United States District Judge