**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEDIOSTREAM, INC.,<br><br>  Plaintiff;<br><br>  v.<br><br>MICROSOFT CORP., ET AL.,<br><br>  Defendants. | Case No. 3:11-cv-02525-RS (JCS)<br><br>**[PROPOSED] ORDER AND STIPULATION OF DISMISSAL**<br><br>Judge Richard Seeborg |

IT IS HEREBY STIPULATED, by and among Plaintiff MedioStream, Inc. and Defendants Sony Corporation and Sony Electronics Inc. (collectively the "Parties") through their counsel of record and subject to the approval of the Court that:

1. All claims presented by MedioStream, Inc. in this litigation are dismissed with prejudice as to Sony Corporation and Sony Electronics Inc.

2. All claims presented by MedioStream, Inc. in this litigation against other Defendants are dismissed with prejudice as to any product, service, software, equipment, or other technology of Sony Corporation and Sony Electronics Inc.;

3. All counterclaims presented by Sony Corporation and Sony Electronics Inc. in this litigation against MedioStream, Inc. shall be dismissed without prejudice; and

4. The Parties shall bear their own costs and attorneys' fees.

| | |
|---|---|
| */s/ Henry C. Bunsow* | */s/ Lewis V. Popovski* |
| Henry C. Bunsow (State Bar No. 060707)<br>hbunsow@bdiplaw.com<br>Bunsow De Mory Smith & Allison LLP<br>55 Francisco Street, Suite 600<br>San Francisco, CA 94133<br>Tel: (415) 426-4747<br>Fax: (415) 426-4744 | Lewis V. Popovski (pro hac vice)<br>Michelle Carniaux (pro hac vice)<br>Zaed M. Billah (pro hac vice)<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY 10004-1007<br>Telephone: 212.425.7200<br>Facsimile: 212.425.5288<br>Email: lpopovski@kenyon.com<br>Email: mcarniaux@kenyon.com<br>Email: zbillah@kenyon.com |
| Byron Cooper (State Bar No. 166578)<br>530 Lytton Avenue, Suite 200<br>Palo Alto, California 94301<br>Telephone: (650) 283-4244<br>Fax: (650) 617-3201<br>Email: bcooper@teklaw.co | |
| S. Calvin Capshaw (pro hac vice)<br>Elizabeth L. DeRieux (pro hac vice)<br>CAPSHAW DeRIEUX, LLP<br>114 E. Commerce Ave.<br>Gladewater, TX 75647<br>Tel: (903) 236-9800; Fax: (903) 236-8787<br>Email: ccapshaw@capshawlaw.com<br>Email: ederieux@capshawlaw.com | Megan Olesek (SBN 191218)<br>KENYON & KENYON LLP<br>1801 Page Mill Road, Suite 210<br>Palo Alto, CA 94304-1216<br>Telephone: 650.384.4700<br>Facsimile: 650.384.4701<br>Email: molesek@kenyon.com<br><br>*Counsel for Defendants*<br>*Sony Corporation and Sony Electronics Inc.* |
| *Counsel for Plaintiff MedioStream, Inc.* | |

IT IS SO ORDERED.

Dated: 9/3/13

_____
Hon. Richard Seeborg
United States District Judge