IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MEDIOSTREAM, INC.,

        Plaintiff,

  v.

MICROSOFT CORPORATION, et al.,

        Defendants.

Case No. C 11-2525 RS

**JUDGMENT**

Pursuant to the order filed this date granting two motions for summary judgment, the Court enters judgment in favor of defendant Dell, Inc. and against plaintiff in the above-entitled action.

IT IS SO ORDERED.

Dated: 12/17/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE