Roger Fulghum (*pro hac vice*)
roger.fulghum@bakerbotts.com
Tammy Pennington Rhodes (*pro hac vice*)
tammy.pennington@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1569
Facsimile: (713) 229-7769

David S. Bloch (State Bar No. 184530)
dbloch@winston.com
WINSTON & STRAWN LLP
101 California St.
San Francisco, CA 94111-5802
Telephone: (415) 591-1452
Facsimile: (415) 591-1400

Attorneys for Defendant / Counterclaimant
DELL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIOSTREAM, INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>            Defendant. | Case No. 11-cv-2525 RS<br>ORDER<br>**STIPULATION TO EXTEND DEADLINE TO FILE BILL OF COSTS AND MOTION FOR ATTORNEY'S FEES** |
| MEDIOSTREAM, INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>ACER AMERICA CORPORATION, et al.,<br><br>            Defendants. | Dept:     Courtroom 3, 17th Floor<br>Judge:    Hon. Richard Seeborg |

Stipulation and [Proposed Order]
Case No. 11-cv-2525 RS

1    WHEREAS, on December 17, 2013, the Court entered a judgment in favor of Dell, Inc.,
2 in the above-entitled action (ECF 1006);

3    WHEREAS, under Local Rule 54, the deadline to file a bill of costs and motion for
4 attorney's fees is December 31, 2013; and

5    WHEREAS, the parties' counsel conferred and agreed to stipulate to extend continue the
6 deadline until after the holidays;

7    THEREFORE, **THE PARTIES HEREBY STIPULATE** to extend the deadline to file a
8 bill of costs and motion for attorney's fees until January 10, 2014.

10 Dated:  December 20, 2013            Respectfully Submitted,

12                                      WINSTON & STRAWN LLP

13                                      By:/s/ David S. Bloch
14                                              David S. Bloch

15                                      ATTORNEYS FOR DEFENDANT AND
                                        COUNTERCLAIMANT DELL INC.

17                                      BUNSOW DE MORY SMITH & ALLISON LLP

19                                      By:/s/ Henry Bunsow
                                                Henry Bunsow

21 ////
22 ////

Stipulation and [Proposed Order]
Case No. 11-cv-2525 RS

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that I have obtained consent to file for all signatures indicated by the mark "/s/" within this electronically filed document.

/s/ David S. Bloch
David S. Bloch

**ORDER**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, to extend the deadline to file a bill of costs and motion for attorney's fees until January 10, 2014 is granted.

IT IS SO ORDERED.

Dated: 12/20, 2013

RICHARD SEEBORG
United States District Judge