Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Andrew Leibnitz (State Bar No. 184723)
aleibnitz@fbm.com
Matthew A. Hollander (State Bar No. 240361)
mhollander@fbm.com
Christina R. Hollander (State Bar No. 267292)
chollander@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
SONIC SOLUTIONS LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEDIOSTREAM, INC.,<br>　　　　　　Plaintiff,<br>　vs.<br>MICROSOFT CORPORATION, et al.<br>　　　　　　Defendants. | Case No. 3:11-cv-02525 RS (JCS)<br><br>[PROPOSED] **ORDER WITHDRAWING SONIC SOLUTIONS LLC'S MOTIONS UNDER SUBMISSION**<br><br>Judge:　　Hon. Richard Seeborg<br>Place:　　San Francisco Courthouse<br>　　　　　Courtroom 3, 17th Floor |

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION TO WITHDRAW
SONIC'S MOTIONS UNDER SUBMISSION

CASE NO. 3:11-cv-02525 RS

1 | Having considered Sonic Solutions LLC's ("Sonic") and MedioStream, Inc.'s Joint
2 | Stipulated Administrative Motion to Withdraw Sonic's Motions for Attorney's Fees and To
3 | Review The Clerks Decision On Bill Of Costs, the Court GRANTS the Joint Stipulated
4 | Administrative Motion to:
5 |     1.    Withdraw Sonic's Motion for Attorney's Fees (Dkt. No. 982) that is currently under
6 |         submission; and
7 |     2.    Withdraw Sonic's Motion to Review Clerks Decision on Bill of Costs (Dkt. No. 992)
8 |         that is currently under submission.

IT IS SO ORDERED.

Dated: 1/10/14

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION TO WITHDRAW
SONIC'S MOTIONS UNDER SUBMISSION

1

CASE NO. 3:10-CV-02525 RS